**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA-SA

Case number (if known) _____    Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy            06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Heycart Inc** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **Doing business as Smirly** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **82-1773445** |

4. Debtor's address

**Principal place of business**

**2600 Michelson Dr., #1430**
**Irvine, CA 92612**
Number, Street, City, State & ZIP Code

**Orange**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**
Heycart Inc
c/o Tongcheng Logistics Inc. (third party 3PL)
566 Vanguard Way, Unit A
Brea, CA 92821
Number, Street, City, State & ZIP Code

5. Debtor's website (URL)    **www.smirly.com**

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Heycart Inc**                                          Case number (*if known*)
_____
Name

**7.  Describe debtor's business**      A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____4422____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | When | Case number |
|----------|------|-------------|
| District | When | Case number |

| Debtor | **Heycart Inc** | | Case number (*if known*) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
| --- | --- | --- | --- | --- |
| | District | When | Case number, if known | |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency
    Contact name
    Phone

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
| --- | --- | --- |
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
| --- | --- | --- |
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
| --- | --- | --- |
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor  __Heycart Inc_____     Case number (*if known*)_____
        Name

☐ $50,001 - $100,000                    ■ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000                   ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million                 ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | Heycart Inc | Case number (if known) |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___02/28/2024___
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Aiden Chien
Printed name

Title    **Chief Operating Officer**

**18. Signature of attorney**

X __/s/ Zev Shechtman_____
Signature of attorney for debtor

Date 02/28/2024
MM / DD / YYYY

**Zev  Shechtman**
Printed name

**Danning, Gill, Israel & Krasnoff, LLP**
Firm name

**1901 Avenue of the Stars, Suite 450**
**Los Angeles, CA 90067-6006**
Number, Street, City, State & ZIP Code

Contact phone    **(310) 277-0077**        Email address    zs@danninggill.com

**266280 CA**
Bar number and State

**CERTIFICATE OF RESOLUTION OF
THE BOARD OF DIRECTORS OF
HEYCART INC
(A California Corporation)**

The Board of Directors (the "Board") of Heycart Inc, a California corporation (the "Company") hereby certifies that, in accordance with the authority vested in the Board of Directors of the Company, at a meeting of the Board of Directors convened on February 27, 2024, with all Board members in attendance, the Board of Directors of the Company unanimously adopted the following resolutions:

**WHEREAS,** the Board has considered the financial and business affairs of the Company and has analyzed the assets and current and long-term liabilities of the Company;

**WHEREAS,** the Company's corporate counsel and bankruptcy counsel were available to answer questions by the Board;

**NOW, THEREFORE, BE IT RESOLVED,** that in the judgment of the Board, it is desirable and in the best interest of the Company, its creditors, employees, stockholders and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and

**RESOLVED,** that Aiden Chien, Chief Operating Officer of the Company (the "Authorized Officer") be and hereby is, authorized on behalf of the Company to execute, verify and file all petitions, schedules, lists and other papers or documents, and to take and perform any and all further actions and steps that such Authorized Officer deems necessary, desirable and proper in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case; and

**RESOLVED,** that the Authorized Officer, on behalf of the Company, is authorized, empowered and directed to retain the law firm of Danning, Gill, Israel & Krasnoff, LLP ("Danning Gill") to represent and assist the Company in carrying out the Company's duties under chapter 11 of the Bankruptcy Code, and Armory Consulting, Inc. ("Armory") as Company's financial advisor, and to take any and all actions to advance the Company's rights in connection therewith, and that the Authorized Officer is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to, immediately upon, and after the filing of the bankruptcy, and to cause to be filed appropriate applications for authority to retain the services of Danning Gill and Armory; and

**RESOLVED,** that the Authorized Officer, on behalf of the Company is authorized and directed to employ any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed appropriate

applications with the bankruptcy court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper; and

**RESOLVED**, that the Authorized Officer, on behalf of the Company be, and hereby is, authorized and empowered to obtain unsecured or secured prepetition and postpetition financing according to terms which may be negotiated by the management of the Company, including under debtor-in-possession credit facilities, and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such prepetition or postpetition financing; and in connection therewith, the Authorized Officer of the Company is hereby authorized and directed to execute appropriate loan agreements and related ancillary documents; and

**RESOLVED**, that the Authorized Officer, on behalf of the Company be, and hereby is, authorized, empowered and directed, in the name and on behalf of the Company to cause the Company to file a chapter 11 plan and to prosecute and obtain confirmation of such plan or similar plan in the chapter 11 case; and

**RESOLVED**, that the Authorized Officer, on behalf of the Company be, and hereby is, authorized to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications and complaints for approvals or rulings of judicial, governmental or regulatory authorities, and to take any and all actions and steps, deemed by such Authorized Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions to prosecute a chapter 11 case; and

**RESOLVED**, that any and all actions heretofore taken by the Authorized Officer or the directors of the Company, or others as designated by the Authorized Officer, in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

Executed, on February 27, 2024.

_____
Tony Li, Director and Chief Executive Officer

_____
Aiden Chien, Director and Chief Operating Officer

| Fill in this information to identify the case: |
|---|

Debtor name    **Heycart Inc**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA-SA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    02/28/2024    X _____
                                        Signature of individual signing on behalf of debtor

                                        **Aiden Chien**
                                        Printed name

                                        **Chief Operating Officer**
                                        Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Heycart Inc |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA-SA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Xiamen Youlike Houseware Co.,Ltd Room 511, No. 1, No. 39, Xinchang Road, Haicang District, Xiamen Fujian China 361026 | Kelly kelly@xmyoulike.com | Raw materials | | | | $3,461,077.59 |
| 8Fig 1717 W 6th St Suite 335 Austin, TX 78703 | Roei roei@8fig.co 5122033261 | Loan | Disputed | | | $3,297,924.00 |
| BlueX Trade 104, Taiwan, Taipei City Zhongshan District, Section 2, Nanjing E Rd, no.132 11F | Jerry Cheng jerry.cheng@bluextrade.com 2132797575 | Loan | Disputed | | | $1,095,303.86 |
| Panda Logistics USA Inc 1 Civic Plaza Dr ST E555 Carson, CA 90745 | Veronica Luna veronical@pandalogusa.com 310-635-1990 | Freight forwarder | Disputed | | | $920,000.00 |
| Xiamen Ruihe Xingyi Trading Co.Ltd 1301-2, Building 1, Meifeng Chuanggu Xike Town, Tongan District Xiamen, China | May Li may@hbdware.com | Raw materials | Unliquidated Disputed | | | $831,279.39 |
| Clearco dba Clearbanc 33 Yonge St, Suite 1200 Toronto, ON M5E 1G4 | Gabriella funding@clearbanc.com | Loan | | | | $787,165.73 |

Debtor    **Heycart Inc**                                     Case number *(if known)*
_____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Amazon 410 Terry Ave N Seattle, WA 98109 | AMS_Receivables @amazon.com | Advertising | | | | $633,324.51 |
| Yangjiang Homelife Industry & Trading 3/F, No. 16, Building H, Green Lake Garden, XinJiang North Road Yangjiang, 529500 | Betty Ho betty.ho@yjhomelife.com | Raw materials | Disputed | | | $438,200.72 |
| Tongcheng Logistics Inc. 566 Vanguard Way Unit A, Brea,CA 92821 | Ricky Ren rren@tclogusa.com 6577991999 | Freight forwarder | | | | $342,805.12 |
| Visa Inc. 900 Metro Center Blvd. San Mateo, CA 94404 | 1 (800) 847-2911 | Credit card debt | | | | $301,739.31 |
| Shenzhen Minshunlong Co.,Ltd #1601 Wanhui Building No 3, Longhe Road, Longgang District, Shenzen | Amy Liu sales@szmsl68.com | Raw materials | | | | $285,380.85 |
| Ningbo Kingdom Home Fashion Co. Ltd No. 169 North Linyu Road Zhenhai, NingBo P.C: 315207 China | Sunny sales@storageorganize.com | Raw materials | Disputed | | | $266,575.20 |
| Fuzhou Yibang Plastic Co.ltd 3F No 58 Zhaishan Road, Houshan Village Minhou Fuzhou FJ 350109 China | Heson He sales8@fzyumei.com | Raw materials | Disputed | | | $265,449.92 |
| Yangjiang Kimberi Trading Co., Ltd. No. 12 Nawei Industrial Zone II Dongcheng Town Yangdong District, Yangjiang | Julie Ye ke14@kimberi.com.cn | Raw materials | Disputed | | | $218,273.68 |

Debtor   **Heycart Inc**
Name                                                                    Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Victory Maritime Services USA 333 City Blvd W Ste 1210 Orange, CA 92868** | **Otis Liang** otis@vgil.us 657-282-0067 | **Freight forwarder** | **Disputed** | | | $215,748.07 |
| **Zenpack 1050 N. 5th St, Ste #30 San Jose, CA 95112** | **Steven Shih** sshih@zenpack.us 5108236037 | **Raw materials** | **Disputed** | | | $166,353.38 |
| **Fujian Bridge Style Furnishings Co. 4th Floor, Plant 8, No 3 Tieling East Road, Jingxi Town, Minhou County, Fuzhou** | **Lily Lee** sale10@bridge-styl e.cc | **Raw materials** | **Disputed** | | | $96,262.17 |
| **V Plus Packing No 1 Building, Xinchang Road Haicang District, Xiamen Fujian, China** | **V Plus Packing** sales@vpluspackin g.com | **Loan** | | | | $50,000.00 |
| **Leventa 1752 Northwest Market Street Unit 4364 Seattle, WA 98107** | **Jinal** jinal@levanta.io 425-737-0150 | **Ads Management Service** | | | | $29,805.10 |
| **Neo Regal(Xiamen) Industrial Co., Lt #503 Ganghang Building, #29 Donggang North Road, Xiamen 361000, China** | **Hannah** sales4@neoregal.c n | **Raw materials** | | | | $14,028.00 |

**United States Bankruptcy Court**
Central District of California-SA

In re    **Heycart Inc**                                    Case No.
                                                                     Chapter    11
                                  Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Aiden Chien<br>2600 Michelson Dr., #1430<br>Irvine, CA 92612 | Common | 4,500 | 45% |
| Tony Li<br>2600 Michelson Dr., #1430<br>Irvine, CA 92612 | Common | 5,500 | 55% |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Operating Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date     02/28/2024                          Signature

                                                          **Aiden Chien**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   Irvine, California _____ , California.

Date:      02/28/2024 _____

**Aiden Chien**
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Fill in this information to identify the case:**

Debtor name    **Heycart Inc**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA-SA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................    $            0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................    $     1,231,380.53

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................    $     1,231,380.53

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $      944,421.41

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................    $            0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................    +$    22,555,626.44

4. **Total liabilities** ........................................................................................
   Lines 2 + 3a + 3b            $    23,500,047.85

**Fill in this information to identify the case:**

Debtor name          **Heycart Inc**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA-SA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---------|---------------------------|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Checking** | **8588** | **$191,882.03** |
| 3.2. | **Citi Bank** | **Checking** | **6938** | **$71,390.22** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**                                                                                    | $263,272.25 |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---------|--------------------------|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

| 7.1. | **Security deposit for office lease of SPUS8 2600 Michelson, LP c/o CBRE, Inc., 2600 Michelson Dr., #100, Irvine, CA 92612 (110% of one month).** | $10,490.73 |
|---|---|---|

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| Debtor | **Heycart Inc** | Case number *(If known)* | |
| | Name | | |

Description, including name of holder of prepayment

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.                                    $10,490.73

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:          **319,867.55**    –              **0.00**   = ....          $319,867.55
                                       face amount              doubtful or uncollectible accounts

**The entire amount of accounts receivables is from Amazon and all is collectible in the next one and a half months.**

12. **Total of Part 3.**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.              $319,867.55

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** Home and kitchen products. | 2/27/24 | $632,750.00 | Liquid Value Appraisal | $632,750.00 |
| 22. **Other inventory or supplies** | | | | |

23. **Total of Part 5.**
    Add lines 19 through 22.  Copy the total to line 84.                                $632,750.00

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

| Debtor | **Heycart Inc** | Case number *(If known)* |
|---|---|---|
| | Name | |

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No. Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.
   ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Laptops, desks, chairs and monitors.** | **$5,000.00** | **Market value** | **$5,000.00** |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.

    | **$5,000.00** |
    |---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No. Go to Part 9.
   ☐ Yes Fill in the information below.

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No. Go to Part 10.
   ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Debtor    **Heycart Inc**                                    Case number *(If known)* _____
_____
          Name

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **SPUS8 2600 Michelson, LP c/o CBRE, Inc. 2600 Michelson Dr., #100 Irvine, CA 92612 remaining lease through Mar 1, 2026.** | | Unknown | | $0.00 |

56.   **Total of Part 9.**                                                                    $0.00

      Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
      Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
      ■ No
      ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets Heycart possesses a Certificate of Registration from the European Union Intellectual Property Office for "Smirly" - no. 018584350.** | Unknown | | Unknown |
| **Heycart, Inc. registered a trademark for the name "Epic Festif" on June 20, 2023 with the U.S. Patent and Trademark Office (reg. no. 7088586).** | Unknown | | Unknown |
| **Heycart, Inc. registered a trademark for the name "Smirly" on May 9, 2023 with the U.S. Patent and Trademark Office (reg. no. 70149137).** | Unknown | | Unknown |

Debtor      **Heycart Inc**                                              Case number *(If known)* _____
        Name

|  | On December 28, 2021, Heycart was issued U.S. patent no. D939,298 S for a type of cheese board set. | Unknown | | Unknown |
|---|---|---|---|---|
|  | On December 28, 2021, Heycart was issued U.S. patent no. D939,297 S for a type of cheese board set. | Unknown | | Unknown |
|  | On September 13, 2022, Heycart was issued U.S. patent no. D963,433 S for a type of cheese board set. | Unknown | | Unknown |

| 61. | Internet domain names and websites<br>www.heycart.com<br>www.smirly.com<br>www.smirlyfit.com<br>www.fromsmirly.com<br>www.smirly.us.com | Unknown | | Unknown |
|---|---|---|---|---|

62.   **Licenses, franchises, and royalties**

63.   **Customer lists, mailing lists, or other compilations**

64.   **Other intangibles, or intellectual property**

65.   **Goodwill**

66.   **Total of Part 10.**                                                                          $0.00

       Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ■ No
       ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ■ Yes Fill in the information below.

                                                    **Current value of**
                                                    **debtor's interest**

71.   **Notes receivable**
       Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

Debtor   __Heycart Inc__                                      Case number *(If known)* _____
         Name

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit
      has been filed)**
      **2023 Zhejiang 0211 Civil Appeal No. 1347**
      **Court name : Ningbo Zhenhai District People's Court**
      **Court address: No. 8, Guangda Road, Zhenhai District,**
      **Ningbo City, Zhejiang**
      **315200**
      **Status of case: Pending**                                            **Unknown**
      Nature of claim          _Product quality dispute_
      Amount requested                   **Unknown**

75.   **Other contingent and unliquidated claims or causes of action of
      every nature, including counterclaims of the debtor and rights to
      set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets,
      country club membership

78.   **Total of Part 11.**                                                  | **Unknown** |
      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Debtor      **Heycart Inc**                                          Case number *(If known)* _____
        Name

**Part 12:**    Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $263,272.25 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $10,490.73 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $319,867.55 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $632,750.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,231,380.53 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92                    $1,231,380.53

**Fill in this information to identify the case:**

Debtor name **Heycart Inc**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA-SA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br><br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|

| 2.1 | **Amazon**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**All assets of the Debtor.** | **$592,128.44** | **$0.00** |
|---|---|---|---|---|

**410 Terry Ave N
Seattle, WA 98109**
Creditor's mailing address

Describe the lien
**Loan**

**amazon-lending@amazon.com**
Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2023**
Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Sellersfunding**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Accounts, collateral securing any receivables, deposit accounts, financial assets, general intangibles, letters of credit and letters of credit rights, payment intangibles, securities, security accounts, and security entitlements.** | **$283,592.97** | **Unknown** |
|---|---|---|---|---|

**1290 Weston Rd., Suite 306
Fort Lauderdale, FL 33326**
Creditor's mailing address

Describe the lien
**Loan**

**alfredo@sellersfi.com**
Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2022**
Last 4 digits of account number

Debtor  **Heycart Inc**
　　　　Name

Case number (if known) _____

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **U.S. Small Business Administration** | | |
|---|---|---|---|

Creditor's Name

**10737 Gateway West #300
El Paso, TX 79935**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All assets of the Debtor.**                      $68,700.00      Unknown

_____

Creditor's email address, if known

**Describe the lien**
**Loan**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2020**
**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3.　Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | **$944,421.41** |

**Part 2:**　List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____ | | |

**Fill in this information to identify the case:**

Debtor name __Heycart Inc__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA-SA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507.)

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**8Fig**<br>**1717 W 6th St Suite 335**<br>**Austin, TX 78703**<br><br>Date(s) debt was incurred __2020__<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __loan__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,297,924.00** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**Amazon**<br>**410 Terry Ave N**<br>**Seattle, WA 98109**<br><br>Date(s) debt was incurred __2023__<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Advertising__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$633,324.51** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**Amy Li**<br>**2553 Chino Hills Parkway,**<br>**Suite C**<br>**Chino Hills, CA 91709**<br><br>Date(s) debt was incurred __2023__<br>Last 4 digits of account number __0031__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __accounting__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,520.00** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**BlueX Trade**<br>**104, Taiwan, Taipei City**<br>**Zhongshan District, Section**<br>**2, Nanjing E Rd, no.132 11F**<br><br>Date(s) debt was incurred __2023__<br>Last 4 digits of account number __0000__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __loan__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,095,303.86** |

Debtor   **Heycart Inc**                                                    Case number (if known) _____
_____
Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,359.25 |
|---|---|---|---|

**Cirro**
**14779 Bar Harbor Road**
**Fontana, CA 92336**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **3PL**

Last 4 digits of account number  **0043**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $787,165.73 |
|---|---|---|---|

**Clearco dba Clearbanc**
**33 Yonge St, Suite 1200**
**Toronto, ON M5E 1G4**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,672,463.63 |
|---|---|---|---|

**E BI Son INTERNATIONAL LTD**
**No. 24, Lesperance Complex,**
**Providence Industrial Estate**
**Mahe, Syechelles**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  _

Last 4 digits of account number  **8485**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96,262.17 |
|---|---|---|---|

**Fujian Bridge Style Furnishings Co.**
**4th Floor, Plant 8, No 3 Tieling**
**East Road, Jingxi Town,**
**Minhou County, Fuzhou**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **trade vendor**

Last 4 digits of account number  **9293**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $265,449.92 |
|---|---|---|---|

**Fuzhou Yibang Plastic Co.ltd**
**3F No 58 Zhaishan Road, Houshan**
**Village Minhou Fuzhou FJ 350109**
**China**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **trade vendor**

Last 4 digits of account number  **1612**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,805.10 |
|---|---|---|---|

**Leventa**
**1752 Northwest Market Street**
**Unit 4364**
**Seattle, WA 98107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **marketing service**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $138,000.00 |
|---|---|---|---|

**Lidan Zheng**
**2600 Michelson Dr., #1430**
**Irvine, CA 92612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **loan**

Last 4 digits of account number  **1901**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Heycart Inc**           Case number (if known) _____

       Name

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,636.96**

**Mastercard**
2000 Purchase Street
Purchase, NY 10577

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Basis for the claim: __credit card__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,028.00**

**Neo Regal(Xiamen) Industrial Co.,Lt**
#503 Ganghang Building, #29
Donggang North Road,
Xiamen 361000, China

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __trade vendor__

Last 4 digits of account number __2601__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$266,575.20**

**Ningbo Kingdom Home Fashion Co. Ltd**
No. 169 North Linyu Road
Zhenhai, NingBo P.C: 315207
China

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __2021__

Basis for the claim: __trade vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$920,000.00**

**Panda Logistics USA Inc**
1 Civic Plaza Dr STE 555
Carson, CA 90745

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __2022__

Basis for the claim: __3PL__

Last 4 digits of account number __3885__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$285,380.85**

**Shenzhen Minshunlong Co., Ltd**
#1601 Wanhui Building
No 3, Longhe Road,
Longgang District, Shenzen

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __trade vendor__

Last 4 digits of account number __8770__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$342,805.12**

**Tongcheng Logistics Inc.**
566 Vanguard Way
Unit A, Brea,CA 92821

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __3PL__

Last 4 digits of account number __7972__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00**

**V Plus Packing**
No 1 Building, Xinchang Road
Haicang District, Xiamen
Fujian, China

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

Basis for the claim: __Loan__

Last 4 digits of account number __2100__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Heycart Inc** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $215,748.07 |
|---|---|---|---|

**Victory Maritime Services USA**
333 City Blvd W
Ste 1210
Orange, CA 92868

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  trade vendor

Last 4 digits of account number  **6680**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $301,739.31 |
|---|---|---|---|

**Visa Inc.**
900 Metro Center Blvd.
San Mateo, CA 94404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:**  credit card

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $831,279.39 |
|---|---|---|---|

**Xiamen Ruihe Xingyi Trading Co. Ltd**
1301-2, Building 1,Meifeng Chuanggu
Xike Town, Tongan Distric
Xiamen, China

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:**  trade vendor

Last 4 digits of account number  **8100**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,461,077.59 |
|---|---|---|---|

**Xiamen Youlike Houseware Co.,Ltd**
Room 511, No. 1, No. 39, Xinchang
Road, Haicang District, Xiamen
Fujian China 361026

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:**  trade vendor

Last 4 digits of account number  **4822**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $438,200.72 |
|---|---|---|---|

**Yangjiang Homelife Industry & Tradi**
3/F, No. 16, Building H, Green Lake
Garden, XinJiang North Road
Yangjiang, 529500

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  trade vendor

Last 4 digits of account number  **3447**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218,273.68 |
|---|---|---|---|

**Yangjiang Kimberi Trading Co., Ltd.**
No. 12 Nawei Industrial Zone II
Dongcheng Town
Yangdong District, Yangjiang

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  trade vendor

Last 4 digits of account number  **3041**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,950.00 |
|---|---|---|---|

**Yiwu Beta Trading Co., Ltd**
Floor 9, Gefeng Mansion,
Chengbei Road, Houzhai Subdistrict
Yiwu, Zhejiang, China 322008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:**  trade vendor

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Heycart Inc**                                                     Case number (if known)
       Name

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $166,353.38 |

**Zenpack**
**1050 N. 5th St, Ste #30**
**San Jose, CA 95112**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: __trade vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 22,555,626.44 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 22,555,626.44 |

**Fill in this information to identify the case:**

Debtor name ___**Heycart Inc**___

United States Bankruptcy Court for the: ___CENTRAL DISTRICT OF CALIFORNIA-SA___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Office space** | |
| | State the term remaining | **Two years** | SPUS8 2600 Michelson, LP<br>c/o CBRE, Inc<br>2600 Michelson Dr., #100<br>Irvine, CA 92612 |
| | List the contract number of any government contract | _____ | _____ |

**Fill in this information to identify the case:**

Debtor name ___**Heycart Inc**___

United States Bankruptcy Court for the: ___CENTRAL DISTRICT OF CALIFORNIA-SA___

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**

Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Tony Li** | **2600 Michelson Dr., #1430 Irvine, CA 92612** | **U.S. Small Business Administration** | ■ D ___2.3___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Tony Li** | **2600 Michelson Dr., #1430 Irvine, CA 92612** | **Sellersfunding** | ■ D ___2.2___ <br> ☐ E/F _____ <br> ☐ G _____ |

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Heycart Inc** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA-SA |
| Case number (if known) | |

☐ Check if this is an
amended filing

---

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other | **$1,772,493.19** |
   | **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other | **$25,001,379.40** |
   | **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other | **$38,549,924.96** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

---

Debtor    **Heycart Inc**                                          Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  See Attachment. | See<br>Attachment. | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  Aiden Chien<br>2600 Michelson Dr., #1430<br>Irvine, CA 92612<br>Shareholder | 1/31/24 | $10,000.00 | Aiden put in $10,000 on 1/31 to prevent cash flow from going negative.<br><br>See Attachment. |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  Xiamen HBD Industry & Trade Co., Ltd., et al. v. Heycart, Inc.<br>8:24-cv-00045 | Collection | U.S. District Court, Central District<br>350 W. First St.<br>Los Angeles, CA 90012 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.  Panda Logistics Chicago, Inc. v. Heycart, Inc.<br>30-2023-01352473-CU-BC-CJC | Collection | Orange County Superior Court<br>700 Civic Center Drive West<br>Santa Ana, CA, CA 92701 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Heycart Inc**                                          Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **2023 Zhejiang 0211<br>Civil Appeal No. 1347** | **Product quality dispute** | **Ningbo Zhenhai District People's Court<br>No. 8, Guangda Road, Zhenhai District,<br>Ningbo City, Zhejiang 315200** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor  **Heycart Inc**                                                 Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **DANNING GILL ISRAEL & KRASNOFF LLP 1901 AVENUE OF THE STARS SUITE 450 Los Angeles, CA 90067** | **Danning Gill was initially paid a retainer of $100,000 (plus the filing fee). Before the petition filing, the firm drew on the retainer in the amount of $24,701.57, and the debtor replenished its retainer in that amount. Accordingly the firm is holding a retainer of $100,000 as of the filing date, to be drawn upon per UST requirements.** | | **$124,701.57** |
| | Email or website address **https://danninggill.com/** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Armory Consulting Co. 3943 Irvine Blvd., #253 Irvine, CA 92602** | **Armory was initially paid retainers of $25,000 and $10,000. Before the petition filing, the firm drew on the retainer for approximately $22,000. Accordingly, the firm is holding a balance of about $13,000 as of the filing date, to be drawn upon per UST requirements.** | | **$35,000.00** |
| | Email or website address **armoryconsulting.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

 ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

 ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

 ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

Debtor    **Heycart Inc** _____    Case number *(if known)* _____

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
☑ Yes. Fill in below:
Name of plan
**ADP 401K PLANS** _____

Employer identification number of the plan
EIN:   **821773445**

Has the plan been terminated?
☑ No
☐ Yes

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor   **Heycart Inc**                                                Case number *(if known)*

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Tongcheng Logistics Inc.**<br>**566 Vanguard Way**<br>**Unit A**<br>**Brea, CA 92821** | **Aiden Chien and Tony Li.** | **Home and kitchen products.** | ☐ No<br>■ Yes |
| **Victory Maritime Services USA**<br>**9208 Charles Smith**<br>**Rancho Cucamonga, CA 91730** | **Aiden Chien and Tony Li.** | **Home and kitchen products.** | ☐ No<br>■ Yes |
| **Cirro**<br>**14779 Bar Harbor Road**<br>**Fontana, CA 92336** | **Aiden Chien and Tony Li.** | **Home and kitchen products.** | ☐ No<br>■ Yes |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Debtor | Heycart Inc | Case number *(if known)* | |
|---|---|---|---|

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | Dates business existed |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Xuejing Zhang** **2600 Michelson Dr., #1430** **Irvine, CA 92612** | 8/10/2021 - 2/15/2024 |
| 26a.2.  **Rutian Jin** **2600 Michelson Dr., #1430** **Irvine, CA 92612** | 6/1/2023 - present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **The Milley Group LLC DBA Sequoia Tax** **& Financial Services** **33 E. Valley Blvd. Ste 205** **Alhambra, CA 91801** | 5/10/2017 - present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Rutian Jin** **2600 Michelson Dr., #1430** **Irvine, CA 92612** | |
| 26c.2.  **The Milley Group LLC** **DBA Sequoia Tax & Financial Services** **33 E. Valley Blvd., Ste 205** **Alhambra, CA 91801** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

Debtor   **Heycart Inc** _____   Case number *(if known)* _____

**Name and address**

| | |
|---|---|
| 26d.1. | **Clearco**<br>**33 Yonge St, Suite 1200,**<br>**Toronto, ON M5E 1G4** |
| 26d.2. | **BlueX Trade**<br>**104, Taiwan, Taipei City**<br>**Zhongshan District, Section**<br>**2, Nanjing E Rd, no.132 11F** |
| 26d.3. | **Sellersfunding**<br>**1290 Weston Rd., Suite 306**<br>**Fort Lauderdale, FL 33326** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Tony Li** | **2600 Michelson Dr., #1430**<br>**Irvine, CA 92612** | **Chief Executive Officer** | **55** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Aiden Chien** | **2600 Michelson Dr., #1430**<br>**Irvine, CA 92612** | **Chief Operating Officer** | **45** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Tony Li** | **$96,388.89.** | **2/27/23-2/27/2**<br>**4** | **See Attachment.** |
| | **Relationship to debtor**<br>**Chief Executive Officer** | | | |

Debtor   **Heycart Inc**                                           Case number *(if known)* _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2  **Aiden Chien** | | | **See Attachment.** |
| **Relationship to debtor**<br>**Chief Operating Officer** | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

Name of the parent corporation                                    Employer Identification number of the parent corporation

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☐ No
■ Yes. Identify below.

Name of the pension fund                                          Employer Identification number of the pension fund

**ADP 401K PLANS**                                               EIN:   **821773445**

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02/28/2024

✗ _____              **Aiden Chien**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Chief Operating Officer**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

In re Heycart Inc

# ATTACHMENT TO
# STATEMENT OF FINANCIAL AFFAIRS

3.    Certain payments or transfers to creditors within 90
      days before filing this case

**Heycart, Inc.**
**90 Day Payments**
**11/28/23-2/27/24**

| DATE | VENDOR | AMOUNT |
|---|---|---|
| 12/4/23 | 8FIG | $ (0.50) |
| 12/11/23 | 8FIG | (0.50) |
| 12/14/23 | 8FIG | (100,000.00) |
| 12/18/23 | 8FIG | (0.50) |
| 12/26/23 | 8FIG | (0.50) |
| 12/28/23 | 8FIG | (200,000.00) |
| 1/2/24 | 8FIG | (0.50) |
| 11/30/23 | 8FIG | (100,000.00) |
| 1/8/24 | 8FIG | (0.50) |
| 1/11/24 | 8FIG | (200,000.00) |
| 1/16/24 | 8FIG | (0.50) |
| 1/22/24 | 8FIG | (0.50) |
| 1/29/24 | 8FIG | (0.50) |
| 1/31/24 | 8FIG | (0.50) |
| 2/5/24 | 8FIG | (0.50) |
| 2/8/24 | 8FIG | (100,000.00) |
| 2/12/24 | 8FIG | (0.50) |
| 2/20/24 | 8FIG | (0.50) |
|  | **8FIG Total** | (700,006.50) |
| 12/1/23 | ABNEYCREATIVE | (6,093.75) |
| 12/20/23 | ABNEYCREATIVE | (5,093.75) |
| 1/16/24 | ABNEYCREATIVE | (4,375.00) |
|  | **ABNEYCREATIVE Total** | (15,562.50) |
| 12/13/23 | ADP Payroll | (40,402.62) |
| 12/13/23 | ADP Payroll | (9,735.48) |
| 12/14/23 | ADP Payroll | (272.83) |
| 12/15/23 | ADP Payroll | (9,667.11) |
| 12/18/23 | ADP Payroll | (37,305.39) |
| 12/18/23 | ADP Payroll | (37,305.38) |
| 12/18/23 | ADP Payroll | (9,640.10) |
| 12/22/23 | ADP Payroll | (3,080.11) |
| 12/22/23 | ADP Payroll | (354.21) |
| 12/26/23 | ADP Payroll | (3,080.11) |
| 12/29/23 | ADP Payroll | (154.21) |
| 12/29/23 | ADP Payroll | (39.96) |
| 1/2/24 | ADP Payroll | (64,485.05) |
| 1/5/24 | ADP Payroll | (76,508.06) |
| 1/9/24 | ADP Payroll | (8,410.11) |

**Heycart, Inc.**
**90 Day Payments**
**11/28/23-2/27/24**

| DATE | VENDOR | AMOUNT |
|------|--------|--------|
| 1/12/24 | ADP Payroll | (275.52) |
| 1/12/24 | ADP Payroll | (156.81) |
| 1/16/24 | ADP Payroll | (30,166.80) |
| 1/17/24 | ADP Payroll | (58,221.09) |
| 1/19/24 | ADP Payroll | (35.00) |
| 1/22/24 | ADP Payroll | (4,193.88) |
| 1/22/24 | ADP Payroll | (713.85) |
| 1/26/24 | ADP Payroll | (156.81) |
| 1/26/24 | ADP Payroll | (39.96) |
| 1/30/24 | ADP Payroll | (52,474.61) |
| 1/30/24 | ADP Payroll | (23,431.52) |
| 1/31/24 | ADP Payroll | (197.40) |
| 2/6/24 | ADP Payroll | (3,591.65) |
| 2/9/24 | ADP Payroll | (3,591.65) |
| 2/9/24 | ADP Payroll | (156.81) |
| 11/28/23 | ADP Payroll | (3,130.11) |
| 12/1/23 | ADP Payroll | (154.21) |
| 2/16/24 | ADP Payroll | (15,382.87) |
| 2/16/24 | ADP Payroll | (41,739.02) |
| 2/23/24 | ADP Payroll | (154.21) |
| 2/23/24 | ADP Payroll | (39.96) |
|  | **ADP Payroll Total** | (538,444.47) |
| 11/30/23 | Amazon Advertising | (189,384.26) |
| 12/29/23 | Amazon Advertising | (391,410.08) |
| 2/2/24 | Amazon Advertising | (491,509.38) |
|  | **Amazon Advertising Total** | (1,072,303.72) |
| 12/20/23 | ANTHEM BLUE | (3,103.12) |
| 1/22/24 | ANTHEM BLUE | (3,033.12) |
| 2/20/24 | ANTHEM BLUE | (3,290.88) |
|  | **ANTHEM BLUE  Total** | (9,427.12) |
| 2/8/24 | Armory Consulting | (25,000.00) |
|  | **Armory Consulting Total** | (25,000.00) |
| 12/28/23 | BlueX Trade | (392,327.85) |
| 12/28/23 | BlueX Trade | (286,817.51) |
| 12/29/23 | BlueX Trade | (133,325.29) |
| 1/5/24 | BLUEX TRADE | (392,356.28) |
| 1/18/24 | BLUEX TRADE | (450,430.13) |
|  | **BlueX Trade Total** | (1,655,257.06) |

**Heycart, Inc.**
**90 Day Payments**
**11/28/23-2/27/24**

| DATE | VENDOR | AMOUNT |
|------|--------|--------|
| 1/26/24 | BOA 4838 | (231.00) |
| 2/13/24 | BOA 4838 | (150,000.00) |
| | **BOA 4838 Total** | **(150,231.00)** |
| 2/16/24 | BOA 8588 | (50,000.00) |
| | **BOA 8588 Total** | **(50,000.00)** |
| 2/16/24 | Braunco Inc | (14,000.00) |
| | **Braunco Inc Total** | **(14,000.00)** |
| 12/22/23 | CBRE | (8,990.03) |
| 1/26/24 | CBRE | (8,994.00) |
| | **CBRE Total** | **(17,984.03)** |
| 12/12/23 | CC 0207 | (2,145.00) |
| 12/28/23 | CC 0207 | (1,000.00) |
| 1/10/24 | CC 0207 | (1,500.00) |
| 1/16/24 | CC 0207 | (2,000.00) |
| 2/20/24 | CC 0207 | (500.00) |
| 11/30/23 | CC 0207 | (183.82) |
| 1/10/24 | CC 0207 | (890.00) |
| | **CC 0207 Total** | **(8,218.82)** |
| 12/5/23 | CC 0302 | (4,506.31) |
| 12/28/23 | CC 0302 | (4,410.46) |
| 1/16/24 | CC 0302 | (4,440.30) |
| | **CC 0302 Total** | **(13,357.07)** |
| 12/13/23 | Chang Cote LLP | (6,190.83) |
| 1/11/24 | Chang Cote LLP | (682.50) |
| 1/31/24 | Chang Cote LLP | (25,000.00) |
| | **Chang Cote LLP Total** | **(31,873.33)** |
| 1/12/24 | China Commercial Law Firm | (411.72) |
| 1/16/24 | China Commercial Law Firm | (411.47) |
| 2/20/24 | China Commercial Law Firm | (4,980.22) |
| 12/12/23 | China Commercial Law Firm | (3,564.81) |
| | **China Commercial Law Firm Total** | **(9,368.22)** |
| 12/28/23 | CITI 6938 | (19,281.00) |
| | **CITI 6938 Total** | **(19,281.00)** |
| 1/12/24 | CITI Checking (6938) | (19,781.00) |
| 1/26/24 | CITI Checking (6938) | (17,520.00) |
| | **CITI Checking (6938) Total** | **(37,301.00)** |
| 12/1/23 | Citi6938 | (17,453.00) |
| 12/15/23 | CITI6938 | (17,230.00) |

**Heycart, Inc.**
**90 Day Payments**
**11/28/23-2/27/24**

| DATE | VENDOR | AMOUNT |
|------|--------|--------|
| | **Citi6938 Total** | (34,683.00) |
| 11/29/23 | CLEARCO | (1,538.47) |
| 11/29/23 | CLEARCO | (215.38) |
| 12/6/23 | CLEARCO | (1,538.47) |
| 12/6/23 | CLEARCO | (215.38) |
| 12/13/23 | CLEARCO | (1,538.47) |
| 12/13/23 | CLEARCO | (215.38) |
| 12/20/23 | CLEARCO | (967.47) |
| 12/21/23 | CLEARCO | (571.00) |
| 12/21/23 | CLEARCO | (215.38) |
| 12/27/23 | CLEARCO | (1,538.47) |
| 12/27/23 | CLEARCO | (215.28) |
| 2/2/24 | CLEARCO | (12,015.14) |
| 2/2/24 | CLEARCO | (1,682.12) |
| 2/6/24 | CLEARCO | (11,528.26) |
| 2/6/24 | CLEARCO | (1,613.96) |
| 2/6/24 | CLEARCO | (4,076.45) |
| 2/6/24 | CLEARCO | (570.70) |
| | **CLEARCO Total** | (40,255.78) |
| 1/29/24 | Danning Gill Israel | (15,000.00) |
| 2/7/24 | Danning Gill Israel | (86,738.00) |
| | **Danning Gill Israel Total** | (101,738.00) |
| 11/30/23 | Employee Reimbursement | (40.99) |
| 12/14/23 | Employee Reimbursement | (422.00) |
| 12/28/23 | Employee Reimbursement | (4,590.89) |
| 1/9/24 | Employee Reimbursement | (153.78) |
| 1/9/24 | Employee Reimbursement | (98.68) |
| 1/10/24 | Employee Reimbursement | (1,292.94) |
| 2/13/24 | Employee Reimbursement | (10,000.00) |
| 2/22/24 | Employee Reimbursement | (140.40) |
| 12/13/23 | Employee Reimbursement | (200.00) |
| 12/19/23 | Employee Reimbursement | (44.01) |
| | **Employee Reimbursement Total** | (16,983.69) |
| 12/29/23 | Fujian Bridge | (48,647.73) |
| | **Fujian Bridge  Total** | (48,647.73) |
| 11/30/23 | FUZHOU YIBANG | (5,011.68) |
| 12/6/23 | FUZHOU YIBANG | (20,405.40) |
| 12/14/23 | FUZHOU YIBANG | (4,485.32) |

**Heycart, Inc.**
**90 Day Payments**
**11/28/23-2/27/24**

| DATE | VENDOR | AMOUNT |
|------|--------|--------|
| 12/28/23 | FUZHOU YIBANG | (50,799.08) |
| 1/12/24 | FUZHOU YIBANG | (1,472.36) |
| 12/15/23 | FUZHOU YIBANG | (2,952.00) |
| 11/28/23 | FUZHOU YIBANG | (11,755.68) |
| | **FUZHOU YIBANG Total** | (96,881.52) |
| 2/6/24 | HEIGHTS INSURANC | (18,554.86) |
| 2/21/24 | HEIGHTS INSURANC | (6,042.85) |
| | **HEIGHTS INSURANC Total** | (24,597.71) |
| 12/28/23 | Incrementum | (49,232.85) |
| 1/24/24 | Incrementum | (395.00) |
| 2/14/24 | Incrementum | (30,000.00) |
| 2/23/24 | Incrementum | (49,505.84) |
| | **Incrementum Total** | (129,133.69) |
| 12/29/23 | KAISER | (17,569.66) |
| 1/23/24 | Kaiser | (4,005.48) |
| 2/23/24 | Kaiser | (4,921.92) |
| | **KAISER Total** | (26,497.06) |
| 12/6/23 | LOGGER CREATIVE | (7,401.71) |
| 12/6/23 | LOGGER CREATIVE | (2,266.00) |
| 12/20/23 | LOGGER CREATIVE | (2,520.00) |
| 12/20/23 | LOGGER CREATIVE | (2,500.00) |
| 12/20/23 | LOGGER CREATIVE | (2,059.00) |
| 2/9/24 | LOGGER CREATIVE | (506.15) |
| | **LOGGER CREATIVE Total** | (17,252.86) |
| 11/30/23 | PANDA LOGISTICS | (65,000.00) |
| 12/28/23 | PANDA LOGISTICS | (100,000.00) |
| 1/31/24 | PANDA LOGISTICS | (75,000.00) |
| | **PANDA LOGISTICS Total** | (240,000.00) |
| 12/1/23 | Seller Funding | (14,231.46) |
| 12/1/23 | Seller Funding | (2,518.54) |
| 12/15/23 | Seller Funding | (14,324.51) |
| 12/15/23 | Seller Funding | (2,425.49) |
| 12/29/23 | Seller Funding | (14,418.17) |
| 12/29/23 | Seller Funding | (2,331.83) |
| 1/12/24 | Seller Funding | (14,512.44) |
| 1/12/24 | Seller Funding | (2,237.56) |
| 1/26/24 | Seller Funding | (14,607.33) |
| 1/26/24 | Seller Funding | (2,142.67) |

**Heycart, Inc.**
**90 Day Payments**
**11/28/23-2/27/24**

| DATE | VENDOR | AMOUNT |
|------|--------|--------|
| 2/9/24 | Seller Funding | (14,702.85) |
| 2/9/24 | Seller Funding | (2,047.15) |
| 2/23/24 | Seller Funding | (16,750.00) |
| | **Seller Funding Total** | (117,250.00) |
| 1/8/24 | SHANGHAI TOPKO | (20,000.00) |
| | **SHANGHAI TOPKO Total** | (20,000.00) |
| 1/3/24 | Shenzhen Minshunlong | (38,146.68) |
| 1/23/24 | Shenzhen Minshunlong | (3,352.32) |
| | **Shenzhen Minshunlong Total** | (41,499.00) |
| 1/2/24 | STELLO MARKETING | (13,179.28) |
| 1/8/24 | STELLO MARKETING | (33,431.15) |
| 1/12/24 | STELLO MARKETING | (9,281.52) |
| 1/17/24 | STELLO MARKETING | (23,449.29) |
| 1/18/24 | STELLO MARKETING | (18,248.11) |
| 1/24/24 | STELLO MARKETING | (4,051.53) |
| | **STELLO MARKETING Total** | (101,640.88) |
| 12/28/23 | Tongcheng Logistics | (150,000.00) |
| 1/8/24 | TONGCHENG LOGISTICS | (84,082.16) |
| 2/12/24 | Tongcheng Logistics | (100,000.00) |
| | **Tongcheng Logistics Total** | (334,082.16) |
| 12/28/23 | US Elogistics | (28,234.49) |
| 1/17/24 | US Elogistics | (12,573.15) |
| | **US Elogistics Total** | (40,807.64) |
| 2/14/24 | VMS | (14,825.06) |
| 12/14/23 | VMS | (16,352.04) |
| | **VMS Total** | (31,177.10) |
| 11/30/23 | XIAMEN YOULIKE | (20,000.00) |
| 11/30/23 | XIAMEN YOULIKE | (50,000.00) |
| 12/15/23 | XIAMEN YOULIKE | (300,000.00) |
| 12/21/23 | XIAMEN YOULIKE | (40,000.00) |
| 12/27/23 | XIAMEN YOULIKE | (25,000.00) |
| 12/28/23 | XIAMEN YOULIKE | (131,000.00) |
| 1/10/24 | XIAMEN YOULIKE | (20,000.00) |
| 1/16/24 | XIAMEN YOULIKE | (300,000.00) |
| 1/22/24 | XIAMEN YOULIKE | (10,000.00) |
| 2/7/24 | XIAMEN YOULIKE | (30,000.00) |
| 12/27/23 | XIAMEN YOULIKE | (4,000.00) |
| | **XIAMEN YOULIKE Total** | (930,000.00) |

**Heycart, Inc.**
**90 Day Payments**
**11/28/23-2/27/24**

| DATE | VENDOR | AMOUNT |
|---|---|---|
| 12/15/23 | Yangjiang Homelife | (20,000.00) |
| 12/28/23 | Yangjiang Homelife | (80,000.00) |
| | **Yangjiang Homelife Total** | (100,000.00) |
| 11/29/23 | YANGJIANG KIMBERI | (9,211.20) |
| 12/5/23 | YANGJIANG KIMBERI | (4,508.64) |
| 1/12/24 | YANGJIANG KIMBERI | (54,921.24) |
| 2/15/24 | YANGJIANG KIMBERI | (10,000.00) |
| 2/15/24 | YANGJIANG KIMBERI | (473.15) |
| | **YANGJIANG KIMBERI Total** | (79,114.23) |
| 12/20/23 | ZENPACK | (20,000.00) |
| 12/29/23 | ZENPACK | (37,908.85) |
| 12/29/23 | ZENPACK | (22,091.15) |
| | **ZENPACK Total** | (80,000.00) |

In re Heycart Inc

# ATTACHMENT TO
# STATEMENT OF FINANCIAL AFFAIRS

4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

30. Payments, distributions, or withdrawals credited or given to insiders

**Heycart Inc.**
**Transaction Report**
**Loans to Officers (2/27/23-2/27/24)**

| Date | Memo/Description | Name | Account | Split | Amount |
|---|---|---|---|---|---|
| 03/31/2023 | HEYCART INC:Tony Li | Tony | Due from Employee | BOA Checking (8588) | 10,000.00 |
| 04/28/2023 | HEYCART INC:Tony Li | Tony | Due from Employee | BOA Checking (8588) | 10,000.00 |
| 06/05/2023 | HEYCART INC:Tony Li | Tony | Due from Employee | BOA Checking (8588) | 9,961.00 |
| 07/03/2023 | HEYCART INC:Tony Li | Tony | Due from Employee | BOA Checking (8588) | 9,974.00 |
| 07/28/2023 | HEYCART INC:Tony Li | Tony | Due from Employee | BOA Checking (8588) | 9,967.00 |
| 09/05/2023 | TYPE:WIRE OUT | Tony | Due from Employee | BOA Checking (8588) | 9,981.00 |
| 10/04/2023 | Tony Li | Tony | Due from Employee | BOA Checking (8588) | 10,440.00 |
| 10/11/2023 | DOM WIRE OUT | Tony | Due from Employee | CITI Checking (6938) | 21,475.00 |
| 12/28/2023 | HEYCART INC:Tony Li | Tony | Due from Employee | BOA Checking (8588) | 4,590.89 |
| | | | | $ | 96,388.89 |

## Payroll Summary

| Check Date | Name | Hours | Total Paid | Tax Withheld | Deductions | Net Pay | Check No | Employer Liability | Total Expense |
|---|---|---|---|---|---|---|---|---|---|
| **Pay Frequency:** | Semimonthly | | | | | | | | |
| 12/22/2023 | LI, TONY B | 0.00 | 20,000.00 | 451.78 | 1,375.52 | 18,172.70 | DD | 878.75 | 20,878.75 |
| 12/21/2023 | LI, TONY B | 0.00 | 20,000.00 | 451.78 | 1,375.52 | 18,172.71 | DD | 878.75 | 20,878.75 |
| 11/20/2023 | LI, TONY B | 0.00 | 20,000.00 | 451.78 | 1,375.52 | 18,172.70 | DD | 878.75 | 20,878.75 |
| 11/03/2023 | Chien, Haomin | 0.00 | 20,750.00 | 6,169.98 | 1,238.54 | 13,341.48 | DD | 914.44 | 21,664.44 |
| 11/03/2023 | LI, TONY B | 0.00 | 20,000.00 | 451.77 | 1,375.52 | 18,172.71 | DD | 878.75 | 20,878.75 |
| 10/18/2023 | Chien, Haomin | 0.00 | 20,750.00 | 6,146.32 | 1,238.54 | 13,365.14 | DD | 914.44 | 21,664.44 |
| 10/18/2023 | LI, TONY B | 0.00 | 20,000.00 | 337.17 | 1,375.52 | 18,287.31 | DD | 878.75 | 20,878.75 |
| 10/06/2023 | Chien, Haomin | 0.00 | 10,750.00 | 2,268.89 | 938.54 | 7,542.57 | DD | 469.44 | 11,219.44 |
| 10/06/2023 | LI, TONY B | 0.00 | 10,000.00 | 133.75 | 1,075.52 | 8,790.73 | DD | 433.75 | 10,433.75 |
| 09/20/2023 | Chien, Haomin | 0.00 | 10,750.00 | 2,268.88 | 938.54 | 7,542.58 | DD | 469.44 | 11,219.44 |
| 09/20/2023 | LI, TONY B | 0.00 | 10,000.00 | 133.76 | 1,075.52 | 8,790.72 | DD | 433.75 | 10,433.75 |
| 09/06/2023 | Chien, Haomin | 0.00 | 10,750.00 | 2,224.67 | 1,062.46 | 7,462.87 | DD | 467.65 | 11,217.65 |
| 09/06/2023 | LI, TONY B | 0.00 | 10,750.00 | 178.78 | 979.99 | 8,841.23 | DD | 433.75 | 10,478.78 |
| 08/18/2023 | Chien, Haomin | 0.00 | 10,750.00 | 2,177.87 | 1,062.46 | 7,268.67 | DD | 660.84 | 11,410.84 |
| 08/18/2023 | LI, TONY B | 0.00 | 10,750.00 | 733.87 | 979.99 | 8,280.14 | DD | 1,012.98 | 11,012.98 |
| 08/04/2023 | Chien, Haomin | 0.00 | 10,750.00 | 2,900.11 | 1,062.46 | 6,787.43 | DD | 1,012.98 | 11,838.27 |
| 08/04/2023 | LI, TONY B | 0.00 | 10,000.00 | 796.86 | 979.99 | 8,223.15 | DD | 1,012.98 | 11,012.98 |
| 07/20/2023 | Chien, Haomin | 0.00 | 10,000.00 | 2,935.38 | 1,062.46 | 6,752.16 | DD | 1,088.27 | 11,838.27 |
| 07/20/2023 | LI, TONY B | 0.00 | 10,000.00 | 796.86 | 979.99 | 8,223.15 | DD | 1,012.98 | 11,012.98 |
| 07/06/2023 | Chien, Haomin | 0.00 | 10,750.00 | 2,935.39 | 1,062.46 | 6,752.15 | DD | 1,088.27 | 11,838.27 |
| 07/06/2023 | LI, TONY B | 0.00 | 10,750.00 | 796.86 | 979.99 | 8,223.15 | DD | 1,012.98 | 11,012.98 |
| 06/21/2023 | Chien, Haomin | 0.00 | 10,000.00 | 2,935.39 | 1,062.46 | 6,752.15 | DD | 1,088.27 | 11,838.27 |
| 06/21/2023 | LI, TONY B | 0.00 | 10,000.00 | 796.86 | 979.99 | 8,223.15 | DD | 1,012.98 | 11,012.98 |
| 06/05/2023 | Chien, Haomin | 0.00 | 10,750.00 | 3,020.30 | 863.96 | 6,865.74 | DD | 1,103.45 | 11,853.45 |
| 06/05/2023 | LI, TONY B | 0.00 | 10,750.00 | 796.86 | 979.99 | 8,223.15 | DD | 1,012.98 | 11,012.98 |
| 05/19/2023 | Chien, Haomin | 0.00 | 10,750.00 | 3,020.29 | 863.96 | 6,865.75 | DD | 1,103.45 | 11,853.45 |
| 05/19/2023 | LI, TONY B | 0.00 | 10,000.00 | 796.86 | 979.99 | 8,223.15 | DD | 1,012.98 | 11,012.98 |
| 05/05/2023 | Chien, Haomin | 0.00 | 10,750.00 | 3,020.30 | 863.96 | 6,865.74 | DD | 1,103.45 | 11,853.45 |
| 05/05/2023 | LI, TONY B | 0.00 | 10,000.00 | 796.86 | 979.99 | 8,223.15 | DD | 1,012.98 | 11,012.98 |
| 04/20/2023 | Chien, Haomin | 0.00 | 10,000.00 | 3,020.30 | 863.96 | 6,865.74 | DD | 1,103.45 | 11,853.45 |
| 04/20/2023 | LI, TONY B | 0.00 | 10,000.00 | 796.86 | 979.99 | 8,223.15 | DD | 1,012.98 | 11,012.98 |
| 04/05/2023 | Chien, Haomin | 0.00 | 10,000.00 | 2,707.16 | 841.46 | 6,451.38 | DD | 1,023.58 | 11,023.58 |
| 04/05/2023 | LI, TONY B | 0.00 | 10,000.00 | 796.86 | 979.99 | 8,223.15 | DD | 1,012.98 | 11,012.98 |
| 03/20/2023 | Chien, Haomin | 0.00 | 10,000.00 | 2,707.16 | 841.46 | 6,451.38 | DD | 1,023.58 | 11,023.58 |
| 03/20/2023 | LI, TONY B | 0.00 | 10,000.00 | 796.86 | 979.99 | 8,223.15 | DD | 1,012.98 | 11,012.98 |
| 03/03/2023 | Chien, Haomin | 0.00 | 10,000.00 | 2,707.14 | 841.46 | 6,451.40 | DD | 1,023.58 | 11,023.58 |
| 03/03/2023 | LI, TONY B | 0.00 | 10,000.00 | 796.86 | 979.99 | 8,223.15 | DD | 1,012.98 | 11,012.98 |
| 02/28/2023 | Chien, Haomin | 0.00 | 23,250.00 | 8,903.58 | 616.04 | 13,730.38 | 78 | 1,731.50 | 24,981.50 |
| 02/28/2024 | LI, TONY B | 0.00 | 22,500.00 | 1,900.89 | 1,450.52 | 19,148.59 | 80 | 2,336.92 | 24,836.92 |
| 02/22/2024 | LI, TONY B | 0.00 | 22,500.00 | 1,900.89 | 1,450.52 | 19,148.59 | DD | 2,336.92 | 24,836.92 |
| 02/05/2024 | Chien, Haomin | 0.00 | 23,250.00 | 8,903.59 | 616.04 | 13,730.37 | DD | 1,731.50 | 24,981.50 |
| 02/05/2024 | LI, TONY B | 0.00 | 22,500.00 | 1,900.88 | 1,450.52 | 19,148.60 | DD | 2,336.92 | 24,836.92 |
| 01/19/2024 | Chien, Haomin | 0.00 | 23,250.00 | 8,903.59 | 616.04 | 13,730.37 | DD | 1,731.50 | 24,981.50 |
| 01/19/2024 | LI, TONY B | 0.00 | 22,500.00 | 1,900.90 | 1,450.52 | 19,148.58 | DD | 2,336.92 | 24,836.92 |
| 01/08/2024 | Chien, Haomin | 0.00 | 85,500.00 | 44,168.40 | 3,181.04 | 38,150.56 | DD | 9,310.63 | 94,810.63 |
| 01/08/2024 | LI, TONY B | 0.00 | 22,500.00 | 1,900.89 | 1,450.52 | 19,148.59 | DD | 2,588.92 | 25,088.92 |
| **Pay Frequency Totals: Semimonthly** | | 0.00 | $718,250.00 | $145,885.04 | $50,759.41 | $521,605.55 | | $60,071.39 | $778,321.39 |
| **Total Net Pays for Semimonthly frequency: 46** | | | | | | | | | |

Company: Heycart Inc
Check dates from: 3/3/2023 - Payroll 1 to: 2/28/2024 - Payroll 1
Pay Period from: 02/16/2023 to: 02/28/2024

1 of 2

Date Printed: 02/26/2024 17:28
26577947 - KF/7XG

## Payroll Summary

| Check Date | Name | Hours | Total Paid | Tax Withheld | Deductions | Net Pay | Check No | Employer Liability | Total Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | 0.00 | $718,250.00 | $145,885.04 | $50,759.41 | $521,605.55 | | $60,071.39 | $778,321.39 |

Company Totals:
Total Net Pays for Company: 46

2 of 2

Company: Heycart Inc
Check dates from: 3/3/2023 - Payroll 1 to: 2/28/2024 - Payroll 1
Pay Period from: 02/16/2023 to: 02/28/2024

Date Printed: 02/26/2024 17:28
26577947 - KF/7XG

Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address

**Zev  Shechtman**
**1901 Avenue of the Stars, Suite 450**
**Los Angeles, CA 90067-6006**
**(310) 277-0077 Fax: (310) 277-5735**
California State Bar Number: **266280 CA**
**zs@danninggill.com**

FOR COURT USE ONLY

■ *Attorney for:*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re:

**Heycart Inc**

Debtor(s),

Plaintiff(s),

Defendant(s).

CASE NO.:
ADVERSARY NO.:
CHAPTER:    **11**

### CORPORATE OWNERSHIP STATEMENT
### PURSUANT TO  FRBP 1007(a)(1)
### and 7007.1, and LBR 1007-4

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    __Zev  Shechtman_____ , the undersigned in the above-captioned case, hereby declare
        *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                             **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:

        ☐ I am the president or other officer or an authorized agent of the Debtor corporation
        ☐ I am a party to an adversary proceeding
        ☐ I am a party to a contested matter
        ■ I am the attorney for the Debtor corporation

2.a.   ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
        *[For additional names, attach an addendum to this form.]*

b.    ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| | |
|---|---|
| 02/28/2024 | By:   /s/ Zev Shechtman |
| Date | Signature of Debtor, or attorney for Debtor |
| | |
| | Name:  **Zev Shechtman** |
| | Printed name of Debtor, or attorney for Debtor |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

**F 1007-4.CORP.OWNERSHIP.STMT**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California-SA

In re  **Heycart Inc**

|  |  |  |
|---|---|---|
|  | Debtor(s) |  |

Case No.

Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| For legal services, I have agreed to accept | $ | **Hourly Billing** |
|---|---|---|
| Prior to the filing of this statement I have received | $ | **124,701.57*** |
| Balance Due | $ | **0.00** |

*Prepetition retainer. Amount remaining to be drawn down pursuant to UST requirements.

2.  The source of the compensation paid to me was:

■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

02/28/2024
*Date*

/s/ Zev Shechtman

**Zev  Shechtman**
*Signature of Attorney*
**Danning, Gill, Israel & Krasnoff, LLP**
**1901 Avenue of the Stars, Suite 450**
**Los Angeles, CA 90067-6006**
**(310) 277-0077  Fax: (310) 277-5735**
**zs@danninggill.com**
*Name of law firm*

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Zev Shechtman<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, CA 90067-6006<br>(310) 277-0077 Fax: (310) 277-5735<br>California State Bar Number: 266280 CA<br>zs@danninggill.com | |

☐  *Debtor(s) appearing without an attorney*
■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA-SA

| In re:<br><br>**Heycart Inc**<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __5__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:    02/28/2024 _____        _____
                                                   Signature of Debtor 1

Date:  _____                     _____
                                                   Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:    02/28/2024 _____        /s/ Zev Shechtman
                                                   Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    **F 1007-1.MAILING.LIST.VERIFICATION**

Heycart Inc
2600 Michelson Dr., #1430
Irvine, CA 92612


Zev  Shechtman
Danning, Gill, Israel & Krasnoff, LLP
1901 Avenue of the Stars,
Suite 450
Los Angeles, CA 90067-6006

United States Trustee - SA
411 W 4th Street,
Ste 9041
Santa Ana, CA 92701-4593

Sellersfunding
1290 Weston Rd.,
Suite 306
Fort Lauderdale, FL 33326

U.S. Small Business Administration
10737 Gateway West
#300
El Paso, TX 79935

8Fig
1717 W 6th St
Suite 335
Austin, TX 78703

Amazon
410 Terry Ave N
Seattle, WA 98109

Amy Li
2553 Chino Hills Parkway,
Suite C
Chino Hills, CA 91709

BlueX Trade
104, Taiwan, Taipei City
Zhongshan District, Section
2, Nanjing E Rd, no.132 11F

Cirro
14779 Bar Harbor Road
Fontana, CA 92336

Clearco dba Clearbanc
33 Yonge St, Suite 1200
Toronto, ON M5E 1G4

E BI Son INTERNATIONAL LTD
No. 24, Lesperance Complex,
Providence Industrial Estate
Mahe, Syechelles


Fujian Bridge Style Furnishings Co.
4th Floor, Plant 8, No 3 Tieling
East Road, Jingxi Town,
Minhou County, Fuzhou


Fuzhou Yibang Plastic Co.ltd
3F No 58 Zhaishan Road, Houshan
Village Minhou Fuzhou FJ 350109
China


Leventa
1752 Northwest Market Street
Unit 4364
Seattle, WA 98107


Lidan Zheng
2600 Michelson Dr., #1430
Irvine, CA 92612


Mastercard
2000 Purchase Street
Purchase, NY 10577


Neo Regal(Xiamen) Industrial Co.,Lt
#503 Ganghang Building, #29
Donggang North Road,
Xiamen 361000, China


Ningbo Kingdom Home Fashion Co. Ltd
No. 169 North Linyu Road
Zhenhai, NingBo P.C: 315207
China

Panda Logistics USA Inc
1 Civic Plaza Dr STE 555Ca
rson, CA 90745


Shenzhen Minshunlong Co., Ltd
#1601 Wanhui Building
No 3, Longhe Road,
Longgang District, Shenzen


Tongcheng Logistics Inc.
566 Vanguard Way
Unit A, Brea,CA 92821


V Plus Packing
No 1 Building, Xinchang Road
Haicang District, Xiamen
Fujian, China


Victory Maritime Services USA
333 City Blvd W
Ste 1210
Orange, CA 92868


Visa Inc.
900 Metro Center Blvd.
San Mateo, CA 94404


Xiamen Ruihe Xingyi Trading Co. Ltd
1301-2, Building 1,Meifeng Chuanggu
Xike Town, Tongan Distric
Xiamen, China


Xiamen Youlike Houseware Co.,Ltd
Room 511, No. 1, No. 39, Xinchang
Road, Haicang District, Xiamen
Fujian China 361026

Yangjiang Homelife Industry & Tradi
3/F, No. 16, Building H, Green Lake
 Garden, XinJiang North Road
 Yangjiang, 529500


Yangjiang Kimberi Trading Co., Ltd.
No. 12 Nawei Industrial Zone II
Dongcheng Town
Yangdong District, Yangjiang


Yiwu Beta Trading Co., Ltd
Floor 9, Gefeng Mansion,
Chengbei Road, Houzhai Subdistrict
Yiwu, Zhejiang, China 322008


Zenpack
1050 N. 5th St, Ste #30
San Jose, CA 95112


SPUS8
2600 Michelson, LP, c/o CBRE, Inc
2600 Michelson Dr., #100
Irvine, CA 92612


Tony Li
2600 Michelson Dr., #1430
Irvine, CA 92612


Aiden Chien
2600 Michelson Dr., #1430
Irvine, CA 92612



Tony Li
2600 Michelson Dr., #1430
Irvine, CA 92821