|  | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>FEB 29 2024<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY deramus  DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| In re:<br><br>HEYCART INC.<br>dba SMIRLY<br><br>                      Debtor(s) | CASE NO.: 8: 24-10483 -TA<br><br>CHAPTER: 11<br><br>**ORDER SETTING SCHEDULING AND CASE MANAGEMENT CONFERENCE**<br><br>DATE:     APRIL 03, 2024<br>TIME:     10:00 A.M.<br>COURTROOM:  5B<br>PLACE: U.S. Bankruptcy Court<br>           Ronald  Reagan Federal Building<br>           411 W. Fourth Street<br>           Santa Ana,  CA 92701 |
|---|---|

   **PLEASE TAKE NOTICE** that, pursuant to 11 U.S.C. § 105(d), the Court will conduct a status conference in the above case at the place and time set forth above.

   **PLEASE TAKE FURTHER NOTICE** that, based upon the Court's records and evidence presented at the status conference, the Court may do one or more of the following at the status conference (or at any continued hearing) without further notice:

1. dismiss the case;
2. convert the case to another chapter;
3. order the appointment of a chapter 11 trustee;
4. establish deadlines for the filing of claims, requests for payment of expenses of administration and/or objections to claims;
5. set deadlines for filing or soliciting acceptances of a proposed plan and disclosure statement by the debtor or any other party in interest;
6. fix the scope and format of the notice to be provided regarding the hearing on approval of the disclosure statement;
7. provide that the hearing on approval of the disclosure statement may be combined with the hearing on confirmation of the plan;
8. set a deadline for confirmation of a plan;
9. set deadlines for compliance with reporting and other chapter 11 debtor in possession requirements;
10. set deadlines for the assumption or rejection of executory contracts or unexpired leases; and/or
11. refer matters to mediation.

This form is for the **EXCLUSIVE** use of the United States Bankruptcy Court, Central District of California, Santa Ana Division.

*May 2010*

**IT IS HEREBY ORDERED** as follows:

1. The debtor in possession Heycart Inc dba Smirly. (or the chapter 11 trustee, if one has been appointed), shall serve a copy of this order on the United States Trustee, all secured creditors, the official committee of unsecured creditors and its counsel (or the 20 largest unsecured creditors, if no committee has been appointed) and any parties that have requested special notice in the cases not less than 24 days prior to the date scheduled for the status conference;

2. The debtor in possession (or the chapter 11 trustee, if one has been appointed) shall file with the court and serve on the parties identified in the preceding paragraph not less than 14 days prior to the date scheduled for the status conference a written status report that includes the following information:

   a. a brief description of the debtor's businesses and operations, if any, and the principal assets and liabilities of the estate;
   b. brief answers to these questions:
      1. What precipitated the bankruptcy filing?
      2. What does the debtor hope to accomplish in this chapter 11 case?
      3. What are the principal disputes or problems likely to be encountered during the course of the debtor's reorganization efforts?
      4. How does the debtor recommend that these disputes be resolved and why?
      5. Has the debtor complied with all of its duties under 11 U.S.C. § § 521, 1106 and 1107 and all applicable guidelines of the Office of the United States Trustee, and, if not, why not?
      6. Do any parties claim an interest in cash collateral of the debtor?
      7. Is the debtor using cash that any party claims as its cash collateral and, if so, on what date(s) did the debtor obtain an order authorizing the use of such cash or the consent of such party?
   c. the identity of all professional retained or to be retained by the estate, the dates on which applications for the employment of such professionals were filed or submitted to the United States Trustee, the dates on which orders were entered in response to such applications, if any, and a general description of the type of services to be rendered by each or the purpose of the employment;
   d. in operating cases, evidence regarding projected income and expenses for the first six months of the case;
   e. proposed deadlines for the filing of claims and objections to claims;
   f. a proposed deadlines for the filing of a plan and disclosure statement; and
   g. a discussion of any significant unexpired leases and executory contracts to which the debtor is a party and the debtor's intentions with regard to these leases and contracts;
   h. if debtor is an individual, whether debtor proposes to combine the hearing on the disclosure statement and plan. See 11 U.S.C. § 105(d)(2)(B)(vi).

###

Date: February 29, 2024

Theodor C. Albert
United States Bankruptcy Judge

This form is for the **EXCLUSIVE** use of the United States Bankruptcy Court, Central District of California, Santa Ana Division.

*May 2010*

- 2 -