ZEV SHECHTMAN (State Bar No. 266280)
*zs@DanningGill.com*
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Proposed General Bankruptcy Counsel for Heycart
Inc, Debtor and Debtor-in-Possession

FILED & ENTERED

MAR 05 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

CHANGES MADE BY COURT

**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>HEYCART, INC,<br><br>              Debtor and Debtor in<br>              Possession. | Case No. 8:24-bk-10483-TA<br><br>Chapter 11<br><br>**ORDER SCHEDULING HEARING ON DEBTOR'S EMERGENCY MOTION FOR ENTRY OF ORDER: (1) AUTHORIZING DEBTOR TO PAY PREPETITION WAGES AND COMPENSATION, (2) AUTHORIZING DEBTOR TO HONOR AND CONTINUE PREPETITION EMPLOYEE BENEFIT PROGRAMS, AND (3) WAIVING 14-DAY STAY**<br><br>Date:     March 6, 2024<br>Time:     10:00 a.m.<br>Crtrm.:   5B via ZoomGov |

Heycart, Inc, as debtor and debtor in possession (the "Debtor"), having requested an

emergency hearing on its "first day" Emergency Motion for Entry of Order: (1) Authorizing Debtor

to Pay Prepetition Wages and Compensation, (2) Authorizing Debtor to Honor and Continue

Prepetition Employee Benefit Programs, and (3) Waiving 14-day Stay (the "Motion"), and good

cause appearing therefor, it is hereby

ORDERED THAT:

1.     The Court will hold a hearing on the Motion on March 6, 2024, at 10:00 a.m.

2.     Debtor's counsel must give email notice to the 20 largest creditors and telephonic

notice to the United States Trustee and secured creditors on March 5, 2024.

3.     Oppositions may be made orally at the hearing.

1    4.    The ZoomGov connection information for the hearing is:

2        Video/audio web address:    https://cacb.zoomgov.com/j/1611527940

3        ZoomGov meeting number:    161 152 7940

4        Password:    092908

5        Telephone conference lines:    1 (669) 254 5252 or 1 (646) 828 7666

6            ####

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23    Date: March 5, 2024

Theodor C. Albert
United States Bankruptcy Judge

24

25

26

27

28