ZEV SHECHTMAN (State Bar No. 266280)
zs@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Proposed General Bankruptcy Counsel for Heycart Inc, Debtor and Debtor-in-Possession

**FILED & ENTERED**

MAR 05 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>HEYCART, INC,<br><br>      Debtor and Debtor in Possession. | Case No. 8:24-bk-10483-TA<br><br>Chapter 11<br><br>**ORDER SCHEDULING HEARING ON DEBTOR'S EMERGENCY MOTION FOR AUTHORITY TO USE OF CASH COLLATERAL**<br><br>Date:    March 13, 2024<br>Time:   10:00 a.m.<br>Crtrm.:  5B via ZoomGov |

Heycart, Inc, as debtor and debtor in possession (the "Debtor"), having requested an emergency hearing on the approval of the Debtor's use of cash collateral, and good cause appearing therefor, it is hereby

ORDERED THAT:

1. The Court will hold a hearing on such motion on March 13, 2024, at 10:00 a.m.

2. Debtor's counsel must file the motion for authority to use cash collateral and give email notice to the 20 largest creditors and telephonic notice to the United States Trustee and secured creditors by no later than March 11, 2024, at 10:00 a.m.

//

//

//

1750983.1  27220

1

1     3.     Oppositions may be made orally at the hearing.

2     4.     The ZoomGov connection information for the hearing is:

3            Video/audio web address:    https://cacb.zoomgov.com/j/1603126729

4            ZoomGov meeting number:    160 312 6729

5            Password:    845507

6            Telephone conference lines:    1 (669) 254 5252 or 1 (646) 828 7666

7                                           ####

23    Date: March 5, 2024

*[signature]*
Theodor C. Albert
United States Bankruptcy Judge