| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Zev Shechtman (State Bar No. 266280)<br>zs@DanningGill.com<br>Danning, Gill, Israel & Krasnoff, LLP<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, California 90067-6006<br>Tel.: (310) 277-0077<br>Fax: (310) 277-5735<br><br>☐  *Individual appearing without attorney*<br>☒  *Attorney for  Proposed General Bankruptcy Counsel for Heycart Inc., Debtor and Debtor-in-Possessions* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>HEYCART, INC.,<br><br><div align="right">Debtor(s)</div> | CASE NO.:  8:24-bk-10483-TA<br>CHAPTER:  11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**  (title of motion[1]): EMERGENCY MOTION FOR ENTRY OF ORDER: (1) AUTHORIZING DEBTOR TO PAY PREPETITION WAGES AND COMPENSATION, (2) AUTHORIZING DEBTOR TO HONOR AND CONTINUE PREPETITION EMPLOYEE BENEFIT PROGRAMS, AND (3) WAIVING 14-DAY STAY |

PLEASE TAKE NOTE that the order titled <u>ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR ENTRY OF ORDER: (1) AUTHORIZING DEBTOR TO PAY PREPETITION WAGES AND COMPENSATION, (2) AUTHORIZING DEBTOR TO HONOR AND CONTINUE PREPETITION EMPLOYEE BENEFIT PROGRAMS, AND (3) WAIVING 14-DAY STAY</u>  was lodged on *(date)* <u>March 6, 2024</u> and is attached.  This order relates to the motion which is docket number <u>10</u>.

---

[1] Please abbreviate if title cannot fit into text field

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| *December 2012* | *Page 1* | **F 9021-1.2.BK.NOTICE.LODGMENT** |
|---|---|---|
| 1750989.1  27220 | | |

# EXHIBIT "A"

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    *Page 2*    **F 9021-1.2.BK.NOTICE.LODGMENT**
1750989.1  27220

1 | ZEV SHECHTMAN (State Bar No. 266280)
zs@DanningGill.com
2 | DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
3 | Los Angeles, California 90067-6006
Telephone: (310) 277-0077
4 | Facsimile: (310) 277-5735

5 | Proposed General Bankruptcy Counsel for Heycart
Inc, Debtor and Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| In re | Case No. 8:24-bk-10483-TA |
|---|---|
| HEYCART, INC, | Chapter 11 |
| Debtor and Debtor in Possession. | **ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR ENTRY OF ORDER: (1) AUTHORIZING DEBTOR TO PAY PREPETITION WAGES AND COMPENSATION, (2) AUTHORIZING DEBTOR TO HONOR AND CONTINUE PREPETITION EMPLOYEE BENEFIT PROGRAMS, AND (3) WAIVING 14-DAY STAY** |
| | Date:    March 6, 2024
Time:    10:00 a.m.
Crtrm.:   5B |

The Court having held a Zoom videoconference hearing at the above mentioned date and time on the "first day" *Emergency Motion for Entry of Order: (1) Authorizing Debtor to Pay Prepetition Wages and Compensation, (2) Authorizing Debtor to Honor and Continue Prepetition Employee Benefit Programs, and (3) Waiving 14-day Stay* (the "Motion") (doc. no. 10), filed by Heycart, Inc, as debtor and debtor in possession (the "Debtor"); appearances being made as reflected on the record of the hearing and the Court having heard oral argument; there being good cause; it is hereby

1  ORDERED THAT:

2  1. The Motion is granted in its entirety; and, without limiting the foregoing, it is further

3

4  ORDERED THAT:

5  2. The Debtor is authorized to immediately make the payments of wages, inclusive of

6  prepetition wages, for which authority was requested in the Motion.

7  3. The Debtor is authorized to honor accrued prepetition benefits in the ordinary course

8  of its business.

9  4. All liens that existed as of the petition date will attach in the order of priority as

10  existed as of the petition date to secure any such liens. Such liens shall be as described in

11  prepetition instruments and will not attach to any claims of the estate under chapter 5 of the

12  Bankruptcy Code.

13  5. The 14-day stay under FRBP 6004(h) is waived.

14  ####

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 6, 2024  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **John E Johnson**    jjohnson@padfieldstout.com
- **Shantal Malmed**    smalmed@danninggill.com
- **Queenie K Ng**    queenie.k.ng@usdoj.gov
- **Brandy A Sargent**    brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com
- **Zev Shechtman**    zs@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 6, 2024 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 6, 2024 | Patricia Morris | */s/ Patricia Morris* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 9021-1.2.BK.NOTICE.LODGMENT**
1750989.1  27220