ZEV SHECHTMAN (State Bar No. 266280)
zs@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Proposed General Bankruptcy Counsel for Heycart Inc, Debtor and Debtor-in-Possession

**FILED & ENTERED**

**MAR 06 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>HEYCART, INC,<br><br>        Debtor and Debtor in Possession. | Case No. 8:24-bk-10483-TA<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR ENTRY OF ORDER: (1) AUTHORIZING DEBTOR TO PAY PREPETITION WAGES AND COMPENSATION, (2) AUTHORIZING DEBTOR TO HONOR AND CONTINUE PREPETITION EMPLOYEE BENEFIT PROGRAMS, AND (3) WAIVING 14-DAY STAY**<br><br>Date:    March 6, 2024<br>Time:    10:00 a.m.<br>Crtrm.:  5B |

The Court having held a Zoom videoconference hearing at the above mentioned date and time on the "first day" *Emergency Motion for Entry of Order: (1) Authorizing Debtor to Pay Prepetition Wages and Compensation, (2) Authorizing Debtor to Honor and Continue Prepetition Employee Benefit Programs, and (3) Waiving 14-day Stay* (the "Motion") (doc. no. 10), filed by Heycart, Inc, as debtor and debtor in possession (the "Debtor"); appearances being made as reflected on the record of the hearing and the Court having heard oral argument; there being good cause; it is hereby

ORDERED THAT:

1. The Motion is granted in its entirety; and, without limiting the foregoing, it is further

ORDERED THAT:

2. The Debtor is authorized to immediately make the payments of wages, inclusive of prepetition wages, for which authority was requested in the Motion.

3. The Debtor is authorized to honor accrued prepetition benefits in the ordinary course of its business.

4. All liens that existed as of the petition date will attach in the order of priority as existed as of the petition date to secure any such liens. Such liens shall be as described in prepetition instruments and will not attach to any claims of the estate under chapter 5 of the Bankruptcy Code.

5. The 14-day stay under FRBP 6004(h) is waived.

####

Date: March 6, 2024

Theodor C. Albert
United States Bankruptcy Judge