| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ZEV SHECHTMAN (State Bar No. 266280) <br> zs@DanningGill.com <br> DANNING, GILL, ISRAEL & KRASNOFF, LLP <br> 1901 Avenue of the Stars, Suite 450 <br> Los Angeles, California 90067-6006 <br> Telephone: (310) 277-0077 <br> Facsimile: (310) 277-5735 <br><br> ☐ *Individual appearing without attorney* <br> ☒ *Attorney for:* Heycart Inc, Debtor | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRIBUTE OF CALIFORNIA -** SANTA ANA DIVISION

| In re: <br> HEYCART, INC, | CASE NO.: 8:24-bk-10483-TA <br> CHAPTER: 11/ |
|---|---|
| | **STATEMENT REGARDING CASH COLLATERAL OR DEBTOR IN POSSESSION FINANCING [FRBP 4001; LBR 4001-2]** |
| | DATE: 03/13/2024 <br> TIME: 10:00 am <br> COURTROOM: 5B <br> ADDRESS: 411 West Fourth Street, Santa Ana, CA 92701-4593 <br> Via ZoomGov |
| Debtor(s). | |

Secured party(ies): 1) Amazon Capital Services, Inc. ("ACS"), 2) SellersFunding International Portfolio Ltd. ("SellersFunding"), 3) the Small Business Administration ("SBA"), and 4) 8fig Inc. ("8fig")

The Debtor has requested the approval of either (1) a motion for use of cash collateral, or postpetition financing, or both, or (2) through a separately-filed motion, a stipulation providing for the use of cash collateral, or postpetition financing, or both. The proposed form of order on the motion or the stipulation contains the following provisions or findings of fact:

| Disclosures Tracking FRBP 4001(c)(1)(B)(i) through (xi) and (d)(1)(B) | Page No.: | Line No. (if applicable) |
|---|---|---|
| ☒ (i): "[A] grant of priority or a lien on property of the estate under § 364(c) or (d)" | 3 | 10 |
| ☒ (ii): "[T]he providing of adequate protection or priority for a claim that arose before the commencement of the case, including the granting of a lien on property of the estate to secure the claim, or the use of property of the estate or credit obtained under § 364 to make cash payments on account of the claim" <br> ☐ Cross-collateralization, *i.e.*, clauses that secure prepetition debt by postpetition assets in which the secured party would not otherwise have a security interest by virtue of its prepetition security agreement or applicable law <br> ☐ Roll-up, *i.e.*, provisions deeming prepetition debt to be postpetition debt or using postpetition loans from a prepetition secured party to pay part or all of that secured party's prepetition debt, other than as provided in § 552(b) | | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | | | |
|---|---|---|---|
| *Continued from page 1*<br>☒   Grant a replacement lien in an amount in excess of the dollar amount of the lien on cash collateral as of the petition date | 3 | 12 |
| ☐   (iii): "[A] determination of the validity, enforceability, priority, or amount of a claim that arose before the commencement of the case, or of any lien securing the claim" | | |
| ☐   (iv): "[A] waiver or modification of Code provisions or applicable rules relating to the automatic stay"<br>    ☐   Automatic relief from the automatic stay upon occurrence of certain events. | | |
| ☐   (v): "[A] waiver or modification of any entity's authority or right to file a plan, seek an extension of time in which the debtor has the exclusive right to file a plan, request the use of cash collateral under § 363(c), or request authority to obtain credit under § 364" | | |
| ☐   (vi): "[T]he establishment of deadlines for filing a plan of reorganization, for approval of a disclosure statement, for a hearing on confirmation, or for entry of a confirmation order" | | |
| ☐   (vii): "[A] waiver or modification of the applicability of nonbankruptcy law relating to the perfection of a lien on property of the estate, or on the foreclosure or other enforcement of the lien" | | |
| ☐   (viii): "[A] release, waiver, or limitation on any claim or other cause of action belonging to the estate or the trustee, including any modification of the statute of limitations or other deadline to commence an action" | | |
| ☐   (ix): "[T]he indemnification of any entity" | | |
| ☐   (x): "[A] release, waiver, or limitation of any right under § 506(c)"<br>    ☐   The granting of any lien on any claim or cause of action arising under § 506(c) | | |
| ☐   (xi): "The granting of any lien on any claim or cause of action arising under §§ 544, 545, 547, 548, 549, 553(b), 723(a), or 724(a)" | | |
| **Additional Disclosures Required by LBR 4001-2** | **Page No.:** | **Line No. (if applicable)** |
| ☐   With respect to a professional fee carve out, disparate treatment for professionals retained by a creditors' committee from that provided for the professionals retained by the debtor | | |
| ☐   Pay down prepetition principal owed to a creditor | | |
| ☐   Findings of fact on matters extraneous to the approval process | | |

| | | | |
|---|---|---|---|
| 03/11/2024 | Zev Shechtman | /s/ Zev Shechtman | |
| *Date* | *Printed Name* | *Signature* | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015          Page 2          **F 4001-2.STMT.FINANCE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*):  STATEMENT REGARDING CASH COLLATERAL OR DEBTOR IN POSSESSION FINANCING [FRBP 4001; LBR 4001-2]  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 11, 2024  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 11, 2024 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 11, 2024 | Patricia Morris | /s/ Patricia Morris |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    F 9013-3.1.PROOF.SERVICE
1758154.1  27220

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **Alan Craig Hochheiser**   ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **John E Johnson**   jjohnson@padfieldstout.com
- **Shantal Malmed**   smalmed@danninggill.com
- **Queenie K Ng**   queenie.k.ng@usdoj.gov
- **Brandy A Sargent**   brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com
- **Zev Shechtman**   zs@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov


3. **SERVED BY E-MAIL**

**Amazon**
Gearin, Mike Mike.Gearin@klgates.com
Peterson, Brian T. Brian.Peterson@klgates.com

**8fig**
Mark W. Stout mstout@padfieldstout.com
Andrew Alper aalper@frandzel.com
Michael J. Gomez mgomez@frandzel.com

**SBA**
Levey, Elan (USACAC) Elan.Levey@usdoj.gov
Manalili, Anne C. Anne.Manalili@sba.gov

**SellersFunding**
Meredith Story | SellersFi meredith@sellersfi.com
**Alan Hochheiser ahochheiser@mauricewutscher.com**

**20 Largest List of Creditors**

| | |
|---|---|
| Xiamen Youlike Houseware Co.,Ltd Room 511, No. 1, No. 39, Xinchang Road, Haicang District, Xiamen Fujian China 361026 | Kelly<br><br>kelly@xmyoulike.com |
| 8Fig<br>1717 W 6th St Suite 335<br>Austin, TX 78703 | Roei<br><br>roei@8fig.com<br>5122033261 |
| BlueX Trade<br>104, Taiwan, Taipei City<br>Zhongshan District, Section<br>2, Nanjing E Rd,<br>no.132 11F | Jerry Cheng<br><br>jerry.cheng@bluextrade.com<br>2132797575 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**
1758154.1  27220

| | |
|---|---|
| Panda Logistics USA Inc 1 Civic Plaza Dr ST E555 Carson, CA 90745 | Veronica Luna<br><br>veronical@pandalogusa.com<br>310-635-1990 |
| Xiamen Ruihe Xingyi Trading Co.Lt 1301-2, Building 1, Meifeng Chuanggu Xike Town, Tongan District Xiamen, China | May Li<br><br>may@hbdware.com |
| ' Clearco dba Clearbanc33 Yonge St, Suite 1200Toronto, ON M5E 1G4 | Gabriella<br>funding@clearbanc.com |
| Amazon 410 Terry Ave N Seattle, WA 98109 | AMS_Receivables@amazon.com |
| Yangjiang Homelife Industry & Trading 3/F, No. 16, Building H, Green Lake Garden, XinJiang North Road Yangjiang, 529500 | Betty Ho<br><br>betty.ho@yjhomelife.com |
| Tongcheng Logistics Inc. 566 Vanguard Way Unit A, Brea,CA 92821 | Ricky Ren<br><br>rren@tclogusa.com<br>6577991999 |
| Visa Inc. 900 Metro Center Blvd. San Mateo, CA 94404 | 1 (800) 847-2911 |
| Shenzhen Minshunlong Co.,Lt d #1601 Wanhui Building No 3, Longhe Road, Longgang District, Shenzen | Amy Liu<br><br>sales@szmsl68.com |
| Ningbo Kingdom Home Fashion Co. Ltd No. 169 North Linyu Road Zhenhai, NingBo P.C: 315207 China | Sunny<br><br>sales@storageorganize.com |
| Fuzhou Yibang Plastic Co.ltd 3F No 58 Zhaishan Road, Houshan Village Minhou Fuzhou FJ 350109 China | Heson He<br><br>sales8@fzyumei.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
1758154.1  27220

**F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| Yangjiang Kimberi Trading Co., Ltd. No. 12 Nawei Industrial Zone II Dongcheng Town Yangdong District, Yangjiang | Julie Ye<br><br>ke14@kimberi.com.cn |
| Victory Maritime Services USA 333 City Blvd W Ste 1210<br>Orange, CA 92868 | Otis Liang<br><br>otis@vgil.us<br>657-282-0067 |
| Zenpack<br>1050 N. 5th St, Ste #30<br>San Jose, CA 95112 | Steven Shih<br><br>sshih@zenpack.us<br>5108236037 |
| Fujian Bridge Style Furnishings Co. 4th Floor, Plant 8, No 3 Tieling East Road, Jingxi Town, Minhou County, Fuzhou | Lily Lee<br><br>sale10@bridge-style.cc |
| V Plus Packing No 1 Building, Xinchang Road Haicang District, Xiamen Fujian, China | V Plus Packing<br><br>sales6@vpluspacking.com |
| Leventa<br>1752 Northwest Market Street Unit 4364<br>Seattle, WA 98107 | Jinal<br><br>jinal@levanta.io<br>425-737-0150 |
| Neo Regal(Xiamen) Industrial Co., Lt #503 Ganghang Building, #29 Donggang North Road,<br>Xiamen 361000, China | Hannah<br><br>sales4@neoregal.cn |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
1758154.1  27220

**F 9013-3.1.PROOF.SERVICE**