ZEV SHECHTMAN (State Bar No. 266280)
*zs@DanningGill.com*
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Proposed General Bankruptcy Counsel for Heycart
Inc, Debtor and Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:24-bk-10483-TA |
| HEYCART, INC, | Chapter 11 |
|      Debtor and Debtor in Possession. | **NOTICE OF FINAL HEARING ON THE DEBTOR'S REQUEST FOR AUTHORITY TO USE CASH COLLATERAL THROUGH FEBRUARY 8, 2025** |
| | <u>**Via ZoomGov Video**</u><br>Date:    April 24, 2024<br>Time:    10:00 a.m.<br>Crtrm.:  5B |

**TO THE HONORABLE THEODOR ALBERT, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, ALL CREDITORS, AND INTERESTED PARTIES:**

**PLEASE TAKE NOTICE THAT:**

On March 13, 2024, the Court held a hearing on the *Emergency Motion for Entry of Order (1) Authorizing Use of Cash Collateral on an Interim Basis Pending a Final Hearing, (2) Scheduling a Final Hearing on the Debtor's Request for Authority to Use Cash Collateral through February 8, 2025 and (3) Prohibiting the Freeze of any Debtor Accounts; and (4) granting related relief* (the "<u>Cash Collateral Motion</u>") (doc. no. 22) filed by Heycart Inc, the Debtor and Debtor-in-Possession (the "<u>Debtor</u>").

1

By order entered after the March 13, 2024 initial hearing (doc. no. 30), the Court granted the interim relief requested in the Cash Collateral Motion through April 26, 2024, and set a final hearing on the Cash Collateral Motion for **April 24, 2024, at 10:00 a.m.**

Copies of the Cash Collateral Motion and evidence submitted therewith are available on the Court's docket or by request to the undersigned counsel.

Any opposition must be filed and served no later than 14 days before the hearing, with replies due 7 days before the hearing.

DATED:  March 14, 2024                 DANNING, GILL, ISRAEL & KRASNOFF, LLP


                                       By:    _/s/ Zev Shechtman_
                                              ZEV SHECHTMAN
                                              Proposed General Bankruptcy Counsel for
                                              Heycart, Inc, Debtor and Debtor in Possession


Date of Mailing:  March 14, 2024

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*):  NOTICE OF FINAL HEARING ON THE DEBTOR'S REQUEST FOR AUTHORITY TO USE CASH COLLATERAL THROUGH FEBRUARY 8, 2025  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  March 14, 2024  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)  March 14, 2024 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)  March 14, 2024 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 14, 2024 | Patricia Morris | /s/ Patricia Morris |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
1764135.1  27220

**F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **Alan Craig Hochheiser**    ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **John E Johnson**    jjohnson@padfieldstout.com
- **Shantal Malmed**    smalmed@danninggill.com
- **Queenie K Ng**    queenie.k.ng@usdoj.gov
- **Brandy A Sargent**    brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com
- **Zev Shechtman**    zs@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

2. **SERVED BY UNITED STATES MAIL**:

Heycart Inc
2600 Michelson Dr.,
#1430
Irvine, CA 92612-6593

8fig Inc.
1717 W. 6th Street
Suite 335
Austin, TX 78703-4787

Applied Predictive Technologies  Inc
Attn General Counsel
2000 Purchase Street
Purchase NY 10577-2405

Aiden Chien
2600 Michelson Dr
Ste 1430
Irvine, CA 92612-6593

Amazon
410 Terry Ave N
Seattle, WA 98109-5210

Amy Li
2553 Chino Hills Parkway,
Suite C
Chino Hills, CA 91709-5168

Cirro
14779 Bar Harbor Road
Fontana, CA 92336-1642

Leventa
1752 Northwest Market Street
Unit 4364
Seattle, WA 98107-5264

Lidan Zheng
2600 Michelson Dr., Ste 1430
Irvine, CA 92612-6593

SPUS8
2600 Michelson, LP, c/o CBRE, Inc
2600 Michelson Drive, Suite 250
Irvine, CA 92612-1587

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

SellersFunding Corp
c/o Maurice Wutscher LLP
23611 Chagrin Blvd. Suite 207
Beachwood, OH 44122-5540

Sellersfunding
1290 Weston Rd., Suite 306
Fort Lauderdale, FL 33326-1973

Panda Logistics USA Inc
1 Civi Plaza Dr STE 555
Carson, CA 90745-7934

Tongcheng Logistics Inc.
566 Vanguard Way
Unit A, Brea, CA 92821-3928

Tony Li
2600 Michelson Dr., #1430
Irvine, CA 92612-6593

U.S. Small Business Administration
10737 Gateway West
#300
El Paso, TX 79935-4910

Zenpack
1050 N. 5th St, Ste #30
San Jose, CA 95112-4452

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
1764135.1  27220

**F 9013-3.1.PROOF.SERVICE**

Victory Maritime Services USA
333 City Blvd W
Ste 1210
Orange, CA 92868-5908

Visa Inc.
900 Metro Center Blvd.
San Mateo, CA 94404-2775

Clearco dba Clearbanc
33 Yonge St, Suite 1200
Toronto, ON M5E 1G4

BlueX Trade
104, Taiwan, Taipei City
Zhongshan District, Section
2, Nanjing E Rd, no.132 11F

V Plus Packing
No 1 Building, Xinchang Road
Haicang District, Xiamen
Fujian, China

Fuzhou Yibang Plastic Co.ltd
3F No 58 Zhaishan Road, Houshan
Village Minhou Fuzhou FJ 350109
China

Neo Regal(Xiamen) Industrial Co.,Lt
#503 Ganghang Building, #29
Donggang North Road,
Xiamen 361000, China

Ningbo Kingdom Home Fashion Co.
Ltd
No. 169 North Linyu Road
Zhenhai, NingBo P.C: 315207
China

Yiwu Beta Trading Co., Ltd
Floor 9, Gefeng Mansion,
Chengbei Road, Houzhai Subdistrict
Yiwu, Zhejiang, China 322008

Xiamen Youlike Houseware Co.,Ltd
Room 511, No. 1, No. 39, Xinchang
Road, Haicang District, Xiamen
Fujian China 361026

Xiamen Ruihe Xingyi Trading Co. Ltd
1301-2, Building 1,Meifeng Chuanggu
Xike Town, Tongan Distric
Xiamen, China

E BI Son INTERNATIONAL LTD
No. 24, Lesperance Complex,
Providence Industrial Estate
Mahe, Syechelles
undeliverable

Fujian Bridge Style Furnishings Co.
4th Floor, Plant 8, No 3 Tieling
East Road, Jingxi Town,
Minhou County, Fuzhou
undeliverable

Shenzhen Minshunlong Co., Ltd
#1601 Wanhui Building
No 3, Longhe Road,
Longgang District, Shenzen
undeliverable

Yangjiang Homelife Industry & Tradi
3/F, No. 16, Building H, Green Lake
Garden, XinJiang North Road
Yangjiang, 529500
undeliverable

Yangjiang Kimberi Trading Co., Ltd.
No. 12 Nawei Industrial Zone II
Dongcheng Town
Yangdong District, Yangjiang
undeliverable

Amazon Capital Services, Inc.
undeliverable

Amazon.com Services LLC
undeliverable

## 3.  SERVED BY  E-MAIL

### Amazon
Gearin, Mike Mike.Gearin@klgates.com
Peterson, Brian T. Brian.Peterson@klgates.com

### 8fig
Mark W. Stout mstout@padfieldstout.com
Andrew Alper aalper@frandzel.com
Michael J. Gomez mgomez@frandzel.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**SBA**
Levey, Elan (USACAC) Elan.Levey@usdoj.gov
Manalili, Anne C. Anne.Manalili@sba.gov

**SellersFunding**
Meredith Story | SellersFi meredith@sellersfi.com
**Alan Hochheiser ahochheiser@mauricewutscher.com**

**20 Largest List of Creditors**

| | |
|---|---|
| Xiamen Youlike Houseware Co.,Ltd Room 511, No. 1, No. 39, Xinchang Road, Haicang District, Xiamen Fujian China 361026 | Kelly<br><br>kelly@xmyoulike.com |
| 8Fig<br>1717 W 6th St Suite 335<br>Austin, TX 78703 | Roei<br><br>roei@8fig.com<br>5122033261 |
| BlueX Trade<br>104, Taiwan, Taipei City<br>Zhongshan District, Section<br>2, Nanjing E Rd,<br>no.132 11F | Jerry Cheng<br><br>jerry.cheng@bluextrade.com<br>2132797575 |
| Panda Logistics USA Inc<br>1 Civic Plaza Dr ST E555<br>Carson, CA 90.745 | Veronica Luna<br><br>veronical@pandalogusa.com<br>310-635-1990 |
| Xiamen Ruihe Xingyi Trading Co.Lt 1301-2, Building 1, Meifeng Chuanggu Xike Town, Tongan District Xiamen, China | May Li<br><br>may@hbdware.com |
| ' Clearco dba Clearbanc33 Yonge St, Suite 1200Toronto, ON M5E 1G4 | Gabriella<br>funding@clearbanc.com |
| Amazon<br>410 Terry Ave N<br>Seattle, WA 98109 | <br><br>AMS_Receivables@amazon.com |
| Yangjiang Homelife Industry & Trading 3/F, No. 16, Building H, Green Lake Garden, XinJiang North Road Yangjiang, 529500 | Betty Ho<br><br>betty.ho@yjhomelife.com |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**
1764135.1  27220

| | |
|---|---|
| Tongcheng Logistics Inc. 566 Vanguard Way Unit A, Brea,CA 92821 | Ricky Ren<br><br>rren@tclogusa.com<br>6577991999 |
| Visa Inc.<br>900 Metro Center Blvd.<br>San Mateo, CA 94404 | 1 (800) 847-2911 |
| Shenzhen Minshunlong Co.,Lt d #1601 Wanhui Building No 3, Longhe Road, Longgang District, Shenzen | Amy Liu<br><br>sales@szmsl68.com |
| Ningbo Kingdom Home Fashion Co. Ltd No. 169 North Linyu Road Zhenhai, NingBo P.C: 315207 China | Sunny<br><br>sales@storageorganize.com |
| Fuzhou Yibang Plastic Co.ltd 3F No 58 Zhaishan Road, Houshan Village Minhou Fuzhou FJ 350109 China | Heson He<br><br>sales8@fzyumei.com |
| Yangjiang Kimberi Trading Co., Ltd. No. 12 Nawei Industrial Zone II Dongcheng Town Yangdong District, Yangjiang | Julie Ye<br><br>ke14@kimberi.com.cn |
| Victory Maritime Services USA 333 City Blvd W Ste 1210 Orange, CA 92868 | Otis Liang<br><br>otis@vgil.us<br>657-282-0067 |
| Zenpack 1050 N. 5th St, Ste #30 San Jose, CA 95112 | Steven Shih<br><br>sshih@zenpack.us<br>5108236037 |
| Fujian Bridge Style Furnishings Co. 4th Floor, Plant 8, No 3 Tieling East Road, Jingxi Town, Minhou County, Fuzhou | Lily Lee<br><br>sale10@bridge-style.cc |
| V Plus Packing No 1 Building, Xinchang Road Haicang District, Xiamen Fujian, China | V Plus Packing<br><br>sales6@vpluspacking.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    **F 9013-3.1.PROOF.SERVICE**
1764135.1  27220

| | |
|---|---|
| Leventa<br>1752 Northwest<br>Market Street<br>Unit 4364<br>Seattle, WA 98107 | Jinal<br><br>jinal@levanta.io<br>425-737-0150 |
| Neo Regal(Xiamen) Industrial<br>Co., Lt #503 Ganghang<br>Building, #29 Donggang<br>North Road,<br>Xiamen 361000,<br>China | Hannah<br><br>sales4@neoregal.cn |

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

1764135.1  27220