| | |
|---|---|
| 1 | LAURA A. STOLL (SBN: 255023) |
| | *LStoll@goodwinlaw.com* |
| 2 | **GOODWIN PROCTER LLP** |
| | 601 South Figueroa Street, Suite 4100 |
| 3 | Los Angeles, California  90017 |
| | Tel.: +1 213 426 2500 |
| 4 | Fax: +1 213 623 1673 |
| 5 | Attorney for CFT Clear Finance Technology Corp. |

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| HEYCART INC., | Case No. 8:24-bk-10483-TA |
| Debtor | Chapter 11 |
| | **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL NOTICES AND PLEADINGS** |

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above captioned bankruptcy case on behalf of CFT Clear Finance Technology Corp. ("ClearCo") and, pursuant to 11 U.S.C. § 1109, Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010, and any other applicable statute or rule, requests that notice of all matters that may come before the Court and all papers served or required to be served in this case be given to:

> LAURA A. STOLL (SBN: 255023)
> *LStoll@goodwinlaw.com*
> **GOODWIN PROCTER LLP**
> 601 South Figueroa Street, Suite 4100
> Los Angeles, California  90017
> Tel.: +1 213 426 2500
> Fax: +1 213 623 1673

The foregoing request includes, without limitation, all notices, papers, pleadings, motions, proposed orders, applications, petitions, plans of reorganization or liquidation, disclosure statements, and any other documents or requests for relief submitted to the Court or required to be

served, whether formal or informal, whether written or oral, and regardless how transmitted. If notice or service of any paper is provided only to a limited service list, the undersigned hereby requests inclusion in such limited service list.

This notice of appearance and request for service shall not constitute a waiver of and is without prejudice to: (1) ClearCo's rights, remedies, claims, actions, defenses, setoffs, or recoupments, in law or in equity, with respect to the above-captioned Debtors and any other entities, either in these cases or in any other action, all of which rights, remedies, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved; (2) ClearCo's right to trial by jury in any proceeding so triable; (3) ClearCo's right to seek withdrawal of the reference of these cases or any related proceedings; and (4) any objection to the jurisdiction or authority of this Court for any purpose other than with respect to the notice. This notice of appearance and request for special notice shall not constitute, in any way, submission to the jurisdiction or authority of this Court for any particular issues or proceedings and shall not constitute an election of remedies.

Dated: April 5, 2024

Respectfully submitted,

By: _____
LAURA A. STOLL
*LStoll@goodwinlaw.com*
**GOODWIN PROCTER LLP**

Attorney for CFT CLEAR FINANCE TECHNOLOGY CORP.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
GOODWIN PROCTER LLP
601 South Figueroa Street, Suite 4100
Los Angeles, California  90017

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL NOTICES AND PLEADINGS**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On April 5, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Alan Craig Hochheiser    ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
Eric P Israel    eisrael@danninggill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
John E Johnson    jjohnson@padfieldstout.com
Shantal Malmed    smalmed@danninggill.com
Queenie K Ng    queenie.k.ng@usdoj.gov
Brandy A Sargent    brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com
Zev Shechtman    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 5, 2024 | Laura Stoll | *signature* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE