ZEV SHECHTMAN (State Bar No. 266280)
zev.shechtman@saul.com
CAROL CHOW (State Bar No. 169299)
carol.chow@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067-6006
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Proposed General Bankruptcy Counsel for Heycart Inc, Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>HEYCART, INC,<br><br>    Debtor and Debtor in Possession. | Case No. 8:24-bk-10483-TA<br><br>Chapter 11<br><br>**STATUS REPORT AND REPLY IN SUPPORT OF MOTION FOR ENTRY OF AN ORDER AUTHORIZING USE OF CASH COLLATERAL AND GRANTING RELATED RELIEF; DECLARATION OF ZEV SHECHTMAN**<br><br>**Hearing Via ZoomGov**<br>Date:    April 24, 2024<br>Time:    10:00 a.m.<br>Place:    Courtroom 5B |

**TO THE HONORABLE THEODOR ALBERT, UNITED STATES BANKRUPTCY JUDGE, AND INTERESTED PARTIES:**

Heycart Inc, the above-captioned debtor and debtor in possession (the "Debtor") submits this reply and status report in support of its *Emergency Motion for Entry of Order (I) Authorizing Use of Cash Collateral on an Interim Basis Pending a Final Hearing, (2) Scheduling a Final Hearing on the Debtor's Request for Authority to Use Cash Collateral Through February 8, 2025, (3) Prohibiting the Freeze of Any Debtor Accounts, and (4) Granting Related Relief* [Docket No. 22] (the "Cash Collateral Motion"), as supplemented on April 4, 2024 [Docket No. 49] (the "Supplement").

52142190.2                                                               1

After filing the Supplement, the Debtor engaged in discussions regarding the proposed final order for the Cash Collateral Motion with Amazon Capital Services, Inc., SellersFunding International Portfolio Ltd., the Small Business Administration, and 8fig Inc., and CFT Clear Finance Technology Corporation d/b/a Clearco (collectively, the "Lenders"). As a result of those discussions, the Debtor and the Lenders have reached an agreement on the proposed form of order for final relief of the Cash Collateral Motion and, in particular, an agreement to provide Clearco with adequate protection. The proposed form of order is attached hereto to the declaration of Zev Shechtman as Exhibit A.

For the reasons set forth in the Cash Collateral Motion and the Supplement, the Debtor respectfully requests that the Court grant the relief requested in the Cash Collateral Motion on a final basis, in a form substantially similar to the Proposed Order.

DATED: April 19, 2024                SAUL EWING LLP


                                     By:    /s/ Zev Shechtman
                                            ZEV SHECHTMAN
                                            Proposed General Bankruptcy Counsel for
                                            Heycart, Inc, Debtor and Debtor in Possession