**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Saul Ewing 1888 Century Park East, Suite 1900, Los Angeles, CA  90067.

A true and correct copy of the document entitled:

**STATUS REPORT AND REPLY IN SUPPORT OF MOTION FOR ENTRY OF AN ORDER AUTHORIZING USE OF CASH COLLATERAL AND GRANTING RELATED RELIEF**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On **April 19, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Alan Craig Hochheiser on behalf of Creditor SellersFunding Corp
ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com

Eric P Israel on behalf of Debtor Heycart Inc
eisrael@danninggill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

John E Johnson on behalf of Creditor 8fig Inc.
jjohnson@padfieldstout.com

Shantal Malmed on behalf of Interested Party Courtesy NEF
smalmed@danninggill.com

Queenie K Ng on behalf of U.S. Trustee United States Trustee (SA)
queenie.k.ng@usdoj.gov

Brandy A Sargent on behalf of Creditor Amazon Capital Services, Inc.
brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com

Brandy A Sargent on behalf of Creditor Amazon.com Services LLC
brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com

Zev Shechtman on behalf of Debtor Heycart Inc
Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com

Laura A. Stoll on behalf of CFT Clear Finance Technology Corp.
lstoll@goodwinlaw.com

David R. Haberbush on behalf of Interested Party Courtesy NEF
dhaberbush@lbinsolvency.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

**2.    SERVED BY UNITED STATES MAIL:**

On **April 19, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date), I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 19, 2024 | Zev Shechtman | *Zev Shechtman* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**20 Largest List of Creditors**

| |
|---|
| Xiamen Youlike Houseware Co.,Ltd Room 511, No. 1, No. 39, Xinchang Road, Haicang District, Xiamen Fujian China 361026 |
| 8Fig 1717 W 6th St Suite 335 Austin, TX 78703 |
| BlueX Trade 104, Taiwan, Taipei City Zhongshan District, Section 2, Nanjing E Rd, no.132 11F |
| Panda Logistics USA Inc 1 Civic Plaza Dr ST E555 Carson, CA 90 745 |
| Xiamen Ruihe Xingyi Trading Co.Lt 1301-2, Building1, Meifeng Chuanggu Xike Town, Tongan District Xiamen, China |
| Clearco dba Clearbanc33 Yonge St, Suite 1200 Toronto, ON M5E 1G4 |
| Amazon 410 Terry Ave N Seattle, WA 98109 |
| Yangjiang Homelife Industry & Trading 3/F, No. 16, Building H, Green Lake Garden, XinJiang North Road Yangjiang, 529500 |
| Tongcheng Logistics Inc. 566 Vanguard Way Unit A, Brea, CA 92821 |
| Visa Inc. 900 Metro Center Blvd. San Mateo, CA 94404 |

1
2
3

Shenzhen Minshunlong Co.,Lt d
#1601 Wanhui Building No 3,
Longhe Road,
Longgang District, Shenzen

4
5
6

Ningbo Kingdom Home Fashion Co. Ltd
No. 169 North Linyu Road
Zhenhai, NingBo P.C: 315207
China

7
8

Fuzhou Yibang Plastic Co. ltd
3F No 58 Zhaishan Road,
Houshan Village Minhou
Fuzhou FJ 350109 China

9
10
11

Yangjiang Kimberi Trading Co.,
Ltd. No. 12 Nawei Industrial
Zone II Dongcheng Town
Yangdong District, Yangjiang

12
13

Victory Maritime Services USA
333 City Blvd W Ste 1210
Orange, CA 92868

14
15
16

Zenpack
1050 N. 5th St, Ste #30
San Jose, CA 95112

17
18
19

Fujian Bridge Style Furnishings Co. 4th
Floor, Plant 8, No 3 Tieling
East Road, Jingxi Town,
Minhou County, Fuzhou

20
21

V Plus Packing No 1 Building,
Xinchang Road Haicang District,
Xiamen
Fujian, China

22
23

Leventa
1752 Northwest Market Street
Unit 4364
Seattle, WA 98107

24
25
26

Neo Regal(Xiamen) Industrial Co., Lt #503
Ganghang Building, #29
Donggang North Road,
Xiamen 361000, China

27
28