ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
CAROL CHOW (BAR NO. 169299)
carol.chow@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

PAIGE TOPPER (admitted *pro hac vice*)
*paige.topper@saul.com*
SAUL EWING LLP
1201 N. Market St., Suite 2300
Wilmington, Delaware 19801
Telephone: (302) 421-6800
Facsimile: (302) 421-6813

SABRINA ESPINAL (admitted *pro hac vice*)
*sabrina.espinal@saul.com*
SAUL EWING LLP
1500 Market St., 38th Floor
Philadelphia, Pennsylvania 19102
Telephone: (215) 972-7777
Facsimile: (215) 972-7725

General Bankruptcy Counsel for Heycart Inc
Debtor and Debtor-in-Possession

FILED & ENTERED

AUG 02 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus DEPUTY CLERK

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>HEYCART INC,<br><br>Debtor and Debtor in Possession | Case No. 8:24-bk-10483-TA<br><br>Chapter 11<br><br>**ORDER: (1) APPROVING SECOND AMENDED DISCLOSURE STATEMENT, (2) ESTABLISHING VOTING AND PLAN CONFIRMATION SCHEDULING, AND (3) RELATED RELIEF**<br><br>**Disclosure Statement Hearing Via ZoomGov**<br>Date: July 31, 2024<br>Time: 10:00 a.m.<br>Crtrm.: 5B |

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

On July 31, 2024, the Court heard and considered the *Debtor's Motion for Order: (1) Approving Disclosure Statement, (2) Establishing Voting, Plan Confirmation Scheduling and Related Procedures, and (3) Related Relief* (the "**Motion**") filed by debtor and debtor in possession Heycart Inc (the "**Debtor**"), the Honorable Theodor C. Albert, United States Bankruptcy Judge, presiding. Appearances were as noted on the record at the hearing.

The Court having considered the Motion (doc. no. 103), the supplement in support thereof filed on July 24, 2024 (doc. no. 172), the Debtor's *Disclosure Statement for Debtor's Second Amended Chapter 11 Plan of Reorganization* (doc. no. 169) (the "**Disclosure Statement**") and *Debtor's Second Amended Plan of Reorganization* (doc. no. 168) (the "**Plan**") filed on July 24, 2024, and any amendments thereto, the evidence and any and all other papers filed in support or opposition thereto, having heard the statements of counsel and others at the hearing, notice being adequate and proper, there being no unresolved objections to the Motion and approval of the Disclosure Statement as of the hearing, for the reasons stated on the record at the hearing, and for good cause appearing, it is hereby

**ORDERED THAT:**

1. The Motion is granted subject to the terms hereof.

2. The Disclosure Statement is approved.

3. The following dates and deadlines in connection with the service of the Plan and Disclosure Statement and the hearing on confirmation of the Plan are approved:

| **Event** | **Date** |
|---|---|
| Plan Solicitation Date | August 7, 2024 |
| Plan Voting Deadline | September 6, 2024 |
| Deadline to file objections to confirmation of the Plan | September 6, 2024 |
| Deadline for Debtor file ballot summary and brief in support of confirmation of the Plan | September 18, 2024 |

| Event | Date |
|---|---|
| **Confirmation Hearing** | **September 25, 2024 at 10:00 a.m. (prevailing Pacific time)** |

4. Claims are fixed for voting purposes as of the Solicitation Date.

5. In addition to any revisions requested by the Court at the hearing, the Debtor is authorized to make non-substantive or immaterial changes to the Plan and Disclosure Statement. Clean and redlined versions of the Plan and Disclosure Statement, as amended, shall be filed on or before the Solicitation Date. For purposes of this order, as context dictates, references to the "Disclosure Statement" and "Plan" are to the amended Plan and Disclosure Statement as filed with the Court in accordance with this paragraph.

6. On or before the Solicitation Date, the Debtor shall serve, by mail, the following on all parties in interest (collectively, the "Solicitation Package"):

(a) The Plan and Disclosure Statement, including any Plan Supplement, with all of its exhibits;

(b) the Official Committee of Unsecured Creditors' Statement Regarding the Disclosure Statement (doc. no. 181);

(c) the Confirmation Hearing Notice;

(d) the Disclosure Statement Order;

(e) an applicable Ballot with instructions on submitting the Ballot; and

(f) any other materials ordered by the Court to be included as part of the Solicitation Package.

7. Proof of service in accordance with paragraph 6 of this order shall be filed by the Debtor on or before September 18, 2024.

8. The following Ballots shall not be counted:

(a) any Ballot received after the Voting Deadline;

(b) any Ballot that is illegible or contains insufficient information to permit the identification of the claimant;

SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
(310) 255-6100

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

(c) any Ballot cast by a person or entity that does not hold a Claim in a class that is entitled to vote to accept or reject the Plan;

(d) any Ballot cast for a Claim identified in the Schedules as unliquidated, contingent or disputed for which no proof of claim was timely filed;

(e) any Ballot cast for a Claim for which an objection or request for estimation has been filed on or before the Solicitation Date as set forth in the Disclosure Statement Order;

(f) any unsigned Ballot or Ballot that does not contain an original signature;

(g) any Ballot transmitted by facsimile or other means not specifically approved in the Disclosure Statement Order; and

(h) any Ballot that is otherwise properly completed, executed, and timely returned, but does not indicate a vote to accept or reject the Plan or that indicates a vote to both accept and reject the Plan.

9. Any Ballot without a vote, but which is otherwise executed and fully completed, shall constitute a vote to accept the Plan.

10. The hearing on confirmation of the Plan (the "**Confirmation Hearing**") shall be held on September 25, 2024 at 10:00 a.m. (prevailing Pacific time). The Confirmation Hearing may be continued from time to time by the Court or the Debtor without further notice other than as indicated in any notice that is filed with the Court or by being announced in open court.

11. Notwithstanding any applicable Federal Rule of Bankruptcy Procedure or other applicable rule, the terms and conditions of this Disclosure Statement Order shall be immediately effective and enforceable upon its entry.

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

12. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this order.

###

Date: August 2, 2024

Theodor C. Albert
United States Bankruptcy Judge